| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 00CR80756-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE PRESLEY, Keith | DISTRICT Eastern District of Michigan | DIVISION Detroit |
|---|---|---|
| | NAME OF SENTENCING JUDGE HON. AVERN COHN | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM May 30, 2008 — TO May 29, 2013 |

RECEIVED JUN 16 2008 U.S. PROBATION OFFICE

**OFFENSE**

Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine, 21 USC 846 & 841; Use of a Communication Facility in Committing a Drug Offense, 21 USC 843(b); and Laundering of Monetary Instruments and Aiding and Abetting, 18 USC 1956(a)(1)(B)(I) and 18 USC 2.

FILED 7-28-08 JUL 28 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JUL 09 2008
_Date_

HON. AVERN COHN
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 2 5 2008
_Effective Date_

United States District Judge