

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff(s),

*08cv600*

v.

Case No. 2:00-cr-80756-AC

Keith Presley,

*FILED*
*8-11-08*
*AUG 1 1 2008*

Defendant(s).

*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

## NOTICE OF TRANSFER OF JURISDICTION OF PROBATIONER

TO:  U.S. DISTRICT COURT FOR THE DISTRICT OF ILLINOIS

The above entitled case has been transferred to your Court under the provisions of 18 U.S.C. § 3605, authorizing transfer of jurisdiction of probationer.  Enclosed is the Order of Transfer and certified copies of the docket sheet, Indictment, and Judgment.

Please acknowledge receipt of these documents by returning a time–stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Blvd., 5th Floor
        Detroit, MI
        48226
        (313) 234–5005

*DOCKETED*
*AUG 1 3 2008*

### Certification

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

        DAVID J. WEAVER, CLERK OF COURT

        By: s/ N. Hollier
            Deputy Clerk

Dated:  August 7, 2008

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 00CR80756-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 08CR600 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| PRESLEY, Keith | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | HON. AVERN COHN | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM May 30, 2008 | TO May 29, 2013 |

| OFFENSE |
|---|
| Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine, 21 USC 846 & 841; Use of a Communication Facility in Committing a Drug Offense, 21 USC 843(b); and Laundering of Monetary Instruments and Aiding and Abetting, 18 USC 1956(a)(1)(B)(I) and 18 USC 2. |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Michigan</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

JUL 09 2008
_____
Date

_____
HON. AVERN COHN
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Northern District of Illinois</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUL 25 2008
_____
Effective Date

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By Laura Young
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
JUL 31 2008

_____
United States District Judge

I hereby certify that the foregoing is a true and exact copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____
Deputy

FILED
JUL 2 8 2008
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED
JUL 16 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

2



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

July 31, 2008

**FILE COPY** 312-435-5698

Eastern District of Michigan

Theodore Levin United States
Courthouse, 5th Floor
231 West Lafayette Boulevard
Detroit, MI 48226

00-80756

Dear Clerk:

Re:    **USA v. Presley**

Our Case Number: 06 CR 600

'08 AUG -6 P2:15   FILED

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Keith Presley, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward ~~[redacted]~~ to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:    /s/ Laura Springer
        Deputy Clerk

Enclosure

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet I

# United States District Court
### Eastern District of Michigan

F I L E D

JAN - 9 2007

**CLERK'S OFFICE
DETROIT**

United States of America

V.

KEITH PRESLEY

Case Number: 00CR80756-1

USM Number: 26823-039

## AMENDED
## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Date of Original Judgment: April 25, 2003
(or date of Last Amended Judgment)

James Amberg
Defendant's Attorney

F I L E
JAN 9
U.S.
EAST

**Reason for Amendment:**
Correction of Sentence on Remand(Fed.R.Crim.P.35(a)).

■ Pleaded guilty to count(s)  1, 2 & 12.

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| See page 2 for details. | | | |

The defendant is sentenced as provided in pages **2 through 6** of this judgment.  This sentence is imposed pursuant of the Sentencing Reform Act of 1984

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 19, 2006
Date of Imposition of Judgment

Avern Cohn
United States  Judge

JAN 0 9 2007

Date Signed

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____ Deputy

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1A

DEFENDANT: KEITH PRESLEY
CASE NUMBER:  00CR80756-1

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 846 & 841 | Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine | 12/1999 | 1 |
| 21 USC § 843 (b) | Use of Communication Facility in Committing a Drug Offense | 12/1999 | 2 |
| 18 USC§ 1956 (a)(1)(B)(i) & 18 USC § 2 | Laundering of Monetary Instruments and Aiding and Abetting | 12/1999 | 12 |

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 2 - Imprisonment

DEFENDANT: KEITH PRESLEY
CASE NUMBER: 00CR80756-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **120 months on Count 1, 48 months on Count 2 and 120 months on Count 12 to run concurrently on all counts.**

The court makes the following recommendations to the Bureau of Prisons: **The defendant be placed at an institution with an intensive drug treatment program. Further the Court recommends the sentence be served at FCI Pekin, Illinois.**

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a
_____, with a certified copy of this judgment.

_____

United States Marshal

_____

Deputy United States Marshal

AO245B  [Rev. 12/03] Judgment in a Criminal Case
Sheet 3- Supervised Release

DEFENDANT: KEITH PRESLEY
CASE NUMBER:  00CR80756-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  **60 months on each count to be served concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

If the defendant is convicted of a felony offense, DNA collection is required by Public Law 108-405.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. Revocation of supervised release is mandatory for possession of a controlled substance.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report ot the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

14) the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. Revocation of supervised release is mandatory for possession of a firearm.

AO245B [Rev. 12/03] Judgment in a Criminal Case
    Sheet 3C - Supervised Release

DEFENDANT:  KEITH PRESLEY
CASE NUMBER:  00CR80756-1

## SPECIAL CONDITIONS OF SUPERVISION

■ The defendant shall participate in a program approved by the Probation Department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.  ■ If necessary.

AO2458 (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 - Criminal Monetary Penalties

DEFENDANT: KEITH PRESLEY
CASE NUMBER: 00CR80756-1

## CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 300.00 | $ 0.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | | Restitution Ordered | Priority or Percentage |
|---|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245 S (Rev. 4/95) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

'03 APR 29 P4:55

UNITED STATES OF AMERICA

    v.

    Case Number CR 00-80756-01
    Hon. Avern Cohn

KEITH PRESLEY,
    Defendant.



## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, **KEITH PRESLEY**, was represented by Richard Beuke and Michael Gillespie

■ The defendant was found guilty on count(s) **1,2 & 12** after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:USC:846 & 841 | Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine | 2/99 | 1 |
| 21:USC:843(b) | Use of Communication Facility in Committing a Drug Offense | 2/99 | 2 |
| 18:USC:1956(a)(1)(B)(i) and 18:USC:2 | Laundering of Monetary Instruments, A&A | 2/99 | 12 |

    The defendant is sentenced as provided in pages **2** through **6** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed:    APR 28 2003

4/25/03
Date of Imposition of Judgment

Avern Cohn
United States District Judge

Defend;
Defend;
Defend;
Defend;
60643

                 , Chicago, IL

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____
        Deputy

D1
364

AO 245 S (Rev. 11/97) Sheet 2 - Imprisonment

Defendant:  KEITH PRESLEY
Case Number:  CR  00-80756-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **360 months** on Count 1; 48 months on Count 2 and 210 months on Count 12 to run concurrently.

■  The Court makes the following recommendations to the Bureau of Prisons: Sentence be served at an institution with an intensive drug treatment program.   Further, the Court recommends the sentence be served at FCI Pekin, Illinois.

■ The defendant is remanded to the custody of the United States Marshal.

## RETURN

**I have executed this Judgment as follows:**

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 11/97) Sheet 3 - Supervised Release

Defendant: KEITH PRESLEY
Case Number:  CR 00-80756-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 years.**

The defendant shall report to the probation office in the district to which the defendant is released within **72 hours** of release from the custody of the Bureau of Prisons.

■     The defendant shall not commit another federal, state or local crime.

■     The defendant shall not illegally posses a controled substance.

**FOR OFFENSES COMMITTED ON OR AFTER SEPTEMBER 13, 1994**

*The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.*

■     The defendant shall not own or possess a firearm, destructive device, or dangerous weapon as defined in 18 U.S.C. § 921.

If this judgment imposes a fine, or a restitution obligation, it shall be a condition of supervised release that the defendant pay, as directed by the Probation Office, any such fine, assessments, costs, or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with any additional conditions as listed on the attached page entitled special conditions of supervision

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1)    The defendant shall not leave the judicial district without the permission of the court or probation officer.
2)    The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3)    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4)    The defendant shall support his or her dependents and meet other family responsibilities.
5)    The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6)    The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
7)    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8)    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9)    The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10)   The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11)   The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12)   The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13)   As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 11/97) Sheet 3 - Supervised Release - Special Conditions

Defendant: KEITH PRESLEY
Case Number: CR 00-80756-01

## SPECIAL CONDITIONS OF SUPERVISION

1.  If necessary, the defendant shall participate in a program approved by the Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

AO 245 S (Rev. 11/97) Sheet 5, Part A - Criminal Monetary Penalties

Defendant: KEITH PRESLEY
Case Number: CR 00-80756-01

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 300.00 | [FINE] | $ 0.00 |
| If applicable, restitution amount ordered pursuant to plea agreement |  |  | $0.00 |

AO 245 S (Rev. 3/96) Sheet 5, Part B - Criminal Monetary Penalties

Defendant:  KEITH PRESLEY
Case Number:  CR 00-80756-01

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties

PAYMENT OF TOTAL FINE AND OTHER CRIMINAL MONETARY PENALTIES SHALL BE DUE AS FOLLOWS:

■ IN FULL IMMEDIATELY.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States Attorney.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
          Plaintiff,

CRIMINAL NO. 00-80756
HON. AVERN COHN

v.

MAGISTRATE JUDGE MORGAN

D-1   KEITH PRESLEY *open comp*
        aka "Prez",
        aka "Slice",
        aka "Tony Muhammad,
D-4  MORRIS JOHNSON,
D-12 KEVIN DAVIS,
D-13 FREDRICK DAVIS,
D-14 CHARLES EASON,
D-15 HOLLY BASKINS-SPEARS,
        Defendants.
_____/

VIO: 21 U.S.C. §841
     21 U.S.C. §846
     21 U.S.C. §843(b)
     18 U.S.C. §§1956(h)& 2
     18 U.S.C. §§922(g)& 924

**SECOND**
**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§846 & 841 - Conspiracy to Distribute and to Possess
With Intent to Distribute Cocaine)

D-1   **KEITH PRESLEY**
D-4   **MORRIS JOHNSON**
D-12  **KEVIN DAVIS**
D-13  **FREDRICK DAVIS**
D-15  **HOLLY BASKINS-SPEARS**

That from in or about 1993, and continuing up to and including December 1999,

said dates being approximate, in the Eastern District of Michigan, Southern Division, and

elsewhere, **KEITH PRESLEY, MORRIS JOHNSON, KEVIN DAVIS, FREDRICK**

**DAVIS, and HOLLY BASKINS-SPEARS,** defendants herein, did knowingly,

I hereby certify that the foregoing is a
true copy of the original on file in this
Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____
        Deputy

1

intentionally and unlawfully combine, conspire, confederate and agree with other co-

defendants, Sidney Zanders, Donnie Northern, Antoine Trapp, Andre Abrams, Roderic

Rooks, Brian Gresham, Tancred Jones, Julien Burford, Russell Edwards, and various

other persons whose names are both known and unknown to the Grand Jury to commit

offenses against the United States, that is to possess with the intent to distribute and to

distribute in excess of five (5) kilograms of a mixture or substance containing a detectable

amount of cocaine, a Schedule II Controlled Substance, contrary to the provisions of Title

21, United States Code, Sections 841(a)(1) and 846.

It was part of the ways and means of this unlawful conspiracy that **KEITH

PRESLEY**, would acquire multi-kilogram quantities of cocaine which he would supply

to **KEVIN DAVIS**, Sidney Zanders, and others.

Also in furtherance of this conspiracy, **KEVIN DAVIS**, would distribute various

quantities of this cocaine in the Eastern District of Michigan to other individuals both

known and unknown to the grand jury.

Also in furtherance of this conspiracy, Sidney Zanders, would distribute various

quantities of this cocaine in the Eastern District of Michigan to other individuals

including, **MORRIS JOHNSON**, Donnie Northern, Antoine Trapp, Andre Abrams,

Roderic Rooks, Brian Gresham, Tancred Jones, Julien Burford, Russell Edwards, and

**KEVIN DAVIS.**

In furtherance of this unlawful conspiracy, Sidney Zanders introduced **KEITH

PRESLEY** to **KEVIN DAVIS** in the summer of 1998.

Also in furtherance of this unlawful conspiracy, at times **KEVIN DAVIS** and

2

Sidney Zanders would combine their resources to purchase cocaine from **KEITH PRESLEY**. On two occasions in November 1998, for instance, Sidney Zanders obtained U.S. currency from **KEVIN DAVIS** to purchase cocaine from **KEITH PRESLEY**.

Also in furtherance of this unlawful conspiracy **KEITH PRESLEY, KEVIN DAVIS** and Sidney Zanders, would often use couriers to transport the cocaine in vehicles from Chicago to the Detroit metropolitan area and to transport drug proceeds from Detroit to Chicago. However, at times, **KEVIN DAVIS** would transport drug proceeds himself, as he did in April 1999, when he was stopped on Interstate 94 in Indiana with approximately $705,000.00 in U.S. currency which were drug proceeds. **KEVIN DAVIS** was driving a 1999 Range Rover which had been leased for him by his brother, **FREDRICK DAVIS**.

One of the couriers who delivered multi-kilogram quantities of cocaine to Detroit from Chicago was **HOLLY BASKINS-SPEARS**. **BASKINS-SPEARS** made these deliveries at the direction of **KEITH PRESLEY**. Large quantities of cocaine were delivered to **KEVIN DAVIS** by **HOLLY BASKINS-SPEARS** in this manner at **KEITH PRESLEY'S** direction.

Also in furtherance of this unlawful conspiracy, **KEITH PRESLEY** and **KEVIN DAVIS** attempted to hide their drug proceeds including over $2 million in U.S. currency which was seized by law enforcement from a storage facility in Troy, Michigan. The receipt and key for the storage unit were found in **KEVIN DAVIS'** residence in December 1999 and the facility was leased to "Tony Mohammad", an alias used by **KEITH PRESLEY**.

3

It was further part of this unlawful conspiracy that **KEVIN DAVIS** and others would attempt to hide the drug proceeds by laundering monetary instruments which were derived from their illegal drug trafficking by purchasing various properties, both real and personal, and placing them in the names of others. These purchases included real estate and vehicle leases which were titled or registered in the names of nominee owners including **FREDRICK DAVIS** and others both known and unknown to the grand jury.

It was further part of this unlawful conspiracy that **KEITH PRESLEY**, Sidney Zanders, **MORRIS JOHNSON**, Donnie Northern, Antoine Trapp, Andre Abrams, Roderic Rooks, Brian Gresham, Tancred Jones, Julien Burford, Russell Edwards, would use telephones (cellular and hard-line phones) to arrange their drug transactions; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
### (21 U.S.C. §843(b) - Use of a Communication Facility in Committing a Drug Offense)

**D-1 KEITH PRESLEY**

That on or about February 6, 1999, in the Eastern District of Michigan, Southern Division, and elsewhere, **KEITH PRESLEY**, defendant herein, did knowingly and intentionally, use a communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense, to wit: conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C. §846 as charged in count one of this indictment, all in violation of Title 21, United States Code, Section 843(b).

4

**COUNT SIX**
**(21 U.S.C. §843(b) - Use of a Communication**
**Facility in Committing a Drug Offense)**

**D-4 MORRIS JOHNSON**

That on or about February 6, 1999, in the Eastern District of Michigan, Southern

Division, and elsewhere, **MORRIS JOHNSON**, defendant herein, did knowingly and

intentionally, use a communication facility, to wit: a telephone, to commit, cause, and

facilitate a drug offense , to wit: conspiracy to distribute and to possess with intent to

distribute cocaine in violation of 21 U.S.C. §846 as charged in count one of this

indictment, all in violation of Title 21, United States Code, Section 843(b).

**COUNT ELEVEN**
**(Title 18, U.S.C. §922(g) -Possession of Firearm**
**by a Convicted Felon)**

**D-4   MORRIS JOHNSON**

That on or about March 10, 1999, in the Eastern District of Michigan, Southern

Division, **MORRIS JOHNSON**, defendant herein, having been convicted of a crime

punishable by imprisonment for a term exceeding one year to wit: Carrying a Concealed

Weapon, on September 25, 1995, in Oakland County Circuit Court, Detroit, Michigan;

did knowingly possess a firearm, to wit: a .40 caliber AMT semi-automatic handgun with

serial #DLB01206, a 38  caliber Rossi revolver with serial #AA052899, and a 9mm

Lorcin semi-automatic handgun with serial #L041920, all of  which had been shipped or

transported in interstate commerce, in violation of Title 18, United States Code, Section

922(g) and 924.

5

## COUNT TWELVE
### (18 U.S.C. §§1956(a)(1)(A)(i), (B)(i), and 1956(h)-
### Conspiracy to Launder Monetary Instruments)

D-1   **KEITH PRESLEY**
D-2   **KEVIN DAVIS**
D-13  **FREDRICK DAVIS**
D-14  **CHARLES EASON**

That from in or about 1993 through December 1999, said dates being approximate, in the Eastern District of Michigan and elsewhere, **KEITH PRESLEY, KEVIN DAVIS, FREDRICK DAVIS, and CHARLES EASON**, defendants herein, knowing that the property involved represented the proceeds from some form of unlawful activity, as defined in Title 18, United States Code §1956(c)(1), that is the distribution of controlled substances, a felony under Title 21, United States Code, Section 841(a)(1), did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with each other and with others, both known and unknown to the grand jury, to conduct and cause to be conducted financial transactions which involved the proceeds of said unlawful activity, with the intent to promote the carrying on of said unlawful activity, and to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said unlawful activity, all in violation of Title 18, United States Code, §§1956(a)(1)(A)(i), (B)(i), and (h).

It was part of the ways and means of this unlawful conspiracy, **KEVIN DAVIS, FREDRICK DAVIS,** and others would take the proceeds from the sale of controlled substances and purchase real estate in the names of nominee owners to conceal and disguise the true nature, location, source, ownership, and control of the proceeds used to

6

purchase the real estate.

Also as part of the ways and means of this unlawful conspiracy, **KEVIN DAVIS, FREDRICK DAVIS, CHARLES EASON,** and others would take the proceeds from the sale of controlled substances and purchase and lease vehicles in the names of nominee owners to conceal the true nature, location, source, ownership, and control of the proceeds used to purchase the vehicles.

Also as part of the ways and means of this unlawful conspiracy, **KEITH PRESLEY** and **KEVIN DAVIS** would leased a secret storage facility in a fictitious name in which they secreted the proceeds from the sale of controlled substances to disguise and conceal the nature, location, source, ownership, and control of the proceeds.

It was also part of the ways and means of this unlawful conspiracy that **KEITH PRESLEY** and **KEVIN DAVIS** would transport the proceeds from the sale of controlled substances across state lines in vehicles for the purpose of purchasing more controlled substances and for the purpose of concealing the proceeds in a safe location to be used for future purchases of controlled substances.

During the course of an in furtherance of the unlawful conspiracy, **KEITH PRESLEY, KEVIN DAVIS, FREDRICK DAVIS, and CHARLES EASON,** committed overt acts including, but not limited to the following:

1. On or about November 18, 1993, **KEVIN DAVIS** purchased a house located at 15933 Goldwin, Southfield, Michigan using the name of a nominee owner.

2. To purchase the house, **KEVIN DAVIS** had the nominee obtain a $59,000.00 mortgage and **KEVIN DAVIS** provided cash to obtain a $29,062.00 cashiers check

7

which was applied to the down payment and closing costs by the nominee owner at **KEVIN DAVIS'** direction.

3. On or about November 26, 1996, **KEVIN DAVIS** paid the balance owed on the loan with $7,000.00 in money orders and approximately $485.20 in U.S. currency.

4. On or about September 11, 1997, **KEVIN DAVIS** sold the house located at 15933 Goldwin, Southfield, Michigan for $140,000.00.

5. On or about September 12, 1997, **KEVIN DAVIS** purchased a house at 6960 Leslee Crest, West Bloomfield, Michigan for $189,000.00.

6. **KEVIN DAVIS** used approximately $126,505.68 in proceeds from the sale of 15933 Goldwin as part of the down payment for 6960 Leslee Crest, West Bloomfield, Michigan.

7. **FREDRICK and KEVIN DAVIS** recruited the nominee owner to participate in the sale of 15933 Goldwin, Southfield, Michigan and the purchase of a house at 6960 Leslee Crest, West Bloomfield, Michigan.

8.  On or about each of the following dates, **KEVIN DAVIS** used proceeds from the sale of controlled substances to purchase items for the house at 6960 Leslee Crest, West Bloomfield, Michigan:

| DATE | DESCRIPTION | BUSINESS | AMOUNT |
|---|---|---|---|
| 10/22/97 | iron railings | Iron Capital of America | $ 1,600.00 |
| 12/6/97 | blinds | House of Blinds | $ 4,300.00 |
| 10/14/97 | sinks and toilets | Great American Kitchen and Bath | $ 3,030.54 |
| 11/29/97 | bedroom set | House of Bedrooms | $ 2,378.64 |
| 11/28/97 | appliances | Best Buy | $ 2,752.36 |
| 11/29/97 | carpeting | Clyde's Carpets | $ 4,542.22 |
| 11/14/98 | bed | Italmoda | $ 4,000.00 |
| 3/12/98 | mirrors and glass | Mirror & Glass Magic | $23,779.63 |
| 9/17/97 | windows | Wallside Windows | $ 5,989.00 |
| | | Approximately | $52,371.39 |

9.  On or about  January 18, 1996, **FREDRICK DAVIS** leased a 1996 Toyota Land Cruiser for his brother, **KEVIN DAVIS** using approximately $5,182.00 in proceeds from the sale of controlled substances for the down payment.

10.  On or about August 26, 1996, **FREDRICK DAVIS** leased a 1996 Land Rover Range Rover for his brother, **KEVIN DAVIS** using approximately $5,557.19 in proceeds from the sale of controlled substances to pay the amount owed to the dealership after the 1996 Toyota Land Cruiser was taken in on trade.

9

11. On or about March 16, 1999, **FREDRICK DAVIS** leased a 1999 Land Rover Range Rover for his brother, **KEVIN DAVIS** using approximately $9,056.00 in cash to pay the last payment on the 1996 Land Rover Range Rover and a $6,000 down payment.

12. On or about February 4, 1999, **KEVIN DAVIS** provided $30,000.00 cash to **CHARLES EASON** which **EASON** used, at **DAVIS'** direction, as a down payment to purchase a 1999 BMW 740IL on behalf of **KEVIN DAVIS**. **KEVIN DAVIS** paid **CHARLES EASON** approximately $10,000.00 cash  for serving as the nominee owner of the BMW.

13. On or about April 29, 1999, approximately $705,880.00 cash hidden in detergent boxes was seized from **KEVIN DAVIS** while he was driving the 1999 Range Rover from Chicago  to West Bloomfield, Michigan after meeting with **KEITH PRESLEY**.

14. On or about December 16, 1999, $2,030,670.00 cash was seized from a storage unit in Troy, Michigan leased to a "Tony Muhammad" (an alias used by **KEITH PRESLEY**) and the key to the padlock and receipt for rental had been found at 6960 Leslee Crest, West Bloomfield, Michigan, the residence of **KEVIN DAVIS** on or about December 13, 1999.

all in violation of 18 U.S.C. §§1956(h) and (a)(1)(A)(i), (B)(i).

## COUNT THIRTEEN
### (18 U.S.C. §1956(a)(1)(B)(i) – Laundering of Monetary Instrument)

**D-12 KEVIN DAVIS**

That on or about November 18, 1993, in the Eastern District of Michigan,

Southern Division, **KEVIN DAVIS** , defendant herein, did knowingly and willfully

conduct and attempt to conduct a financial transaction affecting interstate commerce, to

wit, the purchase of 15933 Goldwin, Southfield, Michigan, which involved the proceeds

of a specified unlawful activity, that is the distribution of cocaine a Schedule II controlled

substance, contrary to Title 21, United States Code, Section 841(a)(1), knowing that the

transaction was designed in whole or in part to conceal and disguise the nature, location,

source, ownership  and control of the proceeds of said specified unlawful activity and that

while conducting and attempting to conduct the financial transaction knew that the

property involved in the financial transaction, that is U.S. currency in the amount of

approximately $29,062.00, represented the proceeds of some form of illegal activity; in

violation of Title 18, United States Code §1956(a)(1)(B)(i).

## COUNT FOURTEEN
### (18 U.S.C. §1956(a)(1)(B)(i) – Laundering of Monetary Instrument)

**D-12 KEVIN DAVIS**

That on or about September 12, 1997, in the Eastern District of Michigan,

Southern Division, **KEVIN DAVIS**, defendant herein, did knowingly and willfully

conduct and attempt to conduct a financial transaction affecting interstate commerce, to

wit, the purchase of 6960 Leslee Crest, West Bloomfield, Michigan, which involved the

proceeds of a specified unlawful activity, that is the distribution of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct the financial transaction knew that the property involved in the financial transaction, that is U.S. currency in the amount of approximately $126,505.68, represented the proceeds of some form of illegal activity; in violation of Title 18, United States Code §1956(a)(1)(B)(i).

<u>COUNT FIFTEEN</u>
**(18 U.S.C. §1956(a)(1)(B)(i) and §2 – Laundering of Monetary Instrument Aiding and Abetting)**

**D-12 KEVIN DAVIS**
**D-14 CHARLES EASON**

That on or about February 4, 1999, in the Eastern District of Michigan, Southern Division, **KEVIN DAVIS and CHARLES EASON**, defendants herein, did knowingly and intentionally aid and abet each other in knowingly, intentionally, and unlawfully, conducting and attempting to conduct a financial transaction affecting interstate commerce, to wit, the purchase of a 1999 BMW automobile model 740IL which involved the proceeds of a specified unlawful activity, that is the distribution of cocaine a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful

12

activity and that while conducting and attempting to conduct the financial transaction

knew that the property involved in the financial transaction, that is U.S. currency in the

amount of approximately $30,000.00, represented the proceeds of some form of illegal

activity; in violation of Title 18, United States Code §§1956(a)(1)(B)(i) & 2.

## FORFEITURE ALLEGATIONS
### (21 U.S.C. § 853 Criminal Forfeiture)

1.  The allegations contained in counts one through ten of the indictment are

realleged and incorporated by reference herein for the purpose of alleging forfeiture

pursuant to the provisions of Title 21, United States Code, Section 853 (controlled

substances).

2.  That as a result of the foregoing violations of 21 U.S.C. §§ 841 and 846

defendant **MORRIS JOHNSON** shall forfeit to the United States: (1) any real or

personal property constituting, or derived from, any proceeds obtained, directly or

indirectly, as the result of said violations; and (2) any real or personal property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of

said violations.

Such property includes, but is not limited to:

a.      $13,300.00 and all interest and proceeds traceable thereto, in that such sum

in aggregate was used, or intended to be used by defendants to commit or facilitate their

unlawful conspiracy to possess with intent to distribute and to distribute cocaine and/or

their unlawful attempt to possess with intent to distribute a controlled substance, that is

13

cocaine which was seized on March 10, 1999 at 22705 Lee Wright, Southfield, Michigan; and

b.      Assorted jewelry seized from 22705 Lee Wright, Southfield, Michigan, including: one gold chain; one diamond bracelet; one diamond ring; one man's Rolex watch; and one white gold neck chain;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek to forfeit any other property of defendants up to the value listed above.  All in violation of Title 21, United States Code, Sections 841, 846 and 853.

3.  That as a result of the foregoing violations of 21 U.S.C. §§ 841 and 846 defendant **KEVIN DAVIS** shall forfeit to the United States: (1) any real or personal property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of said violations; and (2) any real or personal property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Such property includes, but is not limited to:

a.      $2, 030.670.00 seized on or about  December 16, 1999 from Shurgard Storage Unit #612, Troy, Michigan and all interest and proceeds traceable thereto, in that such sum in aggregate was used, or intended to be used by defendants to commit or facilitate their unlawful conspiracy to possess with intent to distribute and to distribute cocaine and/or their unlawful attempt to possess with intent to distribute a controlled substance, that is cocaine, and

b.      Assorted jewelry seized from 6960 Leslee Crest, West Bloomfield, Michigan, appraised at in excess of $200,000.00;

14

c.      $705,880.00 in U.S. currency seized on April 29, 1999 from a 1999 Range Rover driven by **KEVIN DAVIS**.

d.      1999 BMW 740IL seized on December 16, 1999 from the garage at 6960 Leslee Crest, West Bloomfield, Michigan and registered to a **CHARLES EASON** but belonging to defendant **KEVIN DAVIS**.

e.      1999 Range Rover leased in the name of **FREDRICK DAVIS** but possessed by **KEVIN DAVIS** and seized from 6960 Leslee Crest, West Bloomfield, Michigan on December 16, 1999.

f.      The house and property located at 6960 Leslee Crest, West Bloomfield, Michigan.

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek to forfeit any other property of defendants up to the value listed above. All in violation of Title 21, United States Code, Sections 841, 846 and 853.

4. That as a result of the foregoing violations of 21 U.S.C. §§ 841 and 846 defendant **KEITH PRESLEY** shall forfeit to the United States: (1) any real or personal property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of said violations; and (2) any real or personal property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Such property includes, but is not limited to:

a.      $2, 030.670.00 seized on or about December 16, 1999 from Shurgard Storage Unit #612, Troy, Michigan and all interest and proceeds traceable thereto, in that such sum in aggregate was used, or intended to be used by defendants to commit or

15

facilitate their unlawful conspiracy to possess with intent to distribute and to distribute

cocaine and/or their unlawful attempt to possess with intent to distribute a controlled

substance, that is cocaine, and

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek to forfeit any

other property of defendants up to the value listed above.  All in violation of Title 21,

United States Code, Sections 841, 846 and 853.

THIS IS A TRUE BILL

_____
FOREPERSON


JEFFREY G. COLLINS
United States Attorney


MARGARET E. DAVIS
Assistant United States Attorney


Dated:  12-6-01

16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CRIMINAL NO. **00-90023**

v.

HON.    MARIANNE O. BATTANI

MAGISTRATE JUDGE GOLDMAN

D-1   KEITH PRESLEY - in custody,
          aka "Prez",
          aka "Slice",
D-2   SIDNEY ZANDERS · in custody,
          aka Sidney Johnson,
D-3   DONNIE NORTHERN, - in custody (is serv/state sen)
D-4   MORRIS JOHNSON, - in custody
D-5   ANTOINE TRAPP - in custody
          aka "Twanny",
D-6   ANDRE ABRAMS - in custody
          aka "Dre",
          aka "Pluto",
          aka "Plu",
D-7   RODERIC ROOKS, - in custody
          aka "Rod"
D-8   BRIAN GRESHAM, - in custody
D-9   TANCRED JONES, - in custody
          aka "Tan",
D-10  JULIEN BURFORD, - in custody
D-11  RUSSELL EDWARDS, - in custody
          aka "Fat Ass",
              Defendants.

VIO: 21 U.S.C. §841
       21 U.S.C. §846
       21 U.S.C. §843(b)
       21 U.S.C. §853
       18 U.S.C. §1956
       18 U.S.C. §§922(g)&924

## INDICTMENT

THE GRAND JURY CHARGES:

I hereby certify that the foregoing is a
true copy of the original on file in this
Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By_____
                    Deputy

1

## COUNT ONE
### (21 U.S.C. §846 - Conspiracy to Distribute and to Possess
### With Intent to Distribute Cocaine)

D-1    KEITH PRESLEY
D-2    SIDNEY ZANDERS
D-3    DONNIE NORTHERN
D-4    MORRIS JOHNSON
D-5    ANTOINE TRAPP
D-6    ANDRE ABRAMS
D-7    RODERIC ROOKS
D-8    BRIAN GRESHAM
D-9    TANCRED JONES
D-10   JULIEN BURFORD
D-11   RUSSELL EDWARDS

That from in or about 1994, and continuing up to and including February 1999, said dates

being approximate, in the Eastern District of Michigan, Southern Division, and elsewhere, KEITH

PRESLEY, aka "Prez", aka "Slice", SIDNEY ZANDERS, aka Sidney Johnson, DONNIE

NORTHERN, MORRIS JOHNSON, ANTOINE TRAPP, aka "Twanny", ANDRE ABRAMS, aka

"Dre", aka "Pluto", aka "Plu", RODERIC ROOKS, aka "Rod", BRIAN GRESHAM, TANCRED

JONES, aka "Tan", JULIEN BURFORD, RUSSELL EDWARDS, aka "Fat Ass", defendants herein,

did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with various

other persons whose names are both known and unknown to the Grand Jury to commit offenses

against the United States, that is to possess with the intent to distribute and to distribute in excess

of five (5) kilograms of a mixture or substance containing a detectable amount of Cocaine, a

Schedule II Controlled Substance, contrary to the provisions of Title 21, United States Code,

Sections 841(a)(1) and 846.

It was part of the ways and means of this unlawful conspiracy that KEITH PRESLEY aka

"Prez", aka "Slice", and others would supply quantities of cocaine to SIDNEY ZANDERS aka

2

Sidney Johnson.

Also in furtherance of this conspiracy, SIDNEY ZANDERS aka Sidney Johnson, would distribute various quantities of this cocaine to other individuals including DONNIE NORTHERN, MORRIS JOHNSON, ANTOINE TRAPP, aka "Twanny", ANDRE ABRAMS, aka "Dre", aka "Pluto", aka "Plu", RODERIC ROOKS, aka "Rod", BRIAN GRESHAM, TANCRED JONES, aka "Tan", JULIEN BURFORD, RUSSELL EDWARDS, aka "Fat Ass".

Also in furtherance of this unlawful conspiracy KEITH PRESLEY aka "Prez", aka "Slice" and SIDNEY ZANDERS aka Sidney Johnson, would use couriers to transport the cocaine in vehicles from Chicago to the Detroit metropolitan area. KEITH PRESLEY aka "Prez", aka "Slice" and SIDNEY ZANDERS aka Sidney Johnson, would also use couriers and vehicles to transport drug proceeds from Detroit back to Chicago.

Also in furtherance of this unlawful conspiracy SIDNEY ZANDERS aka Sidney Johnson, would transport the cocaine to lower level distributors using various means. SIDNEY ZANDERS aka Sidney Johnson, would often use couriers to drive cocaine to lower level distributors in the Cleveland, Ohio area; these lower level distributors included BRIAN GRESHAM, TANCRED JONES, aka "Tan", JULIEN BURFORD, RUSSELL EDWARDS, aka "Fat Ass". SIDNEY ZANDERS aka Sidney Johnson, would have these couriers transport drug proceeds back to him in the Detroit, Michigan area. On other occasions BRIAN GRESHAM, TANCRED JONES, aka "Tan", and JULIEN BURFORD would travel to the Detroit area to deliver proceeds and to acquire cocaine from SIDNEY ZANDERS aka Sidney Johnson. In addition, there were times when SIDNEY ZANDERS aka Sidney Johnson, would transport the cocaine and proceeds himself to Cleveland and to customers around the Detroit, Michigan area. There were also times that

3

ZANDERS' local customers would pick up the cocaine from ZANDERS and drop off drug proceeds at one of ZANDERS' homes in the Detroit area.

It was further part of this unlawful conspiracy that KEITH PRESLEY, aka "Prez", aka "Slice", SIDNEY ZANDERS, aka Sidney Johnson, DONNIE NORTHERN, MORRIS JOHNSON, ANTOINE TRAPP, aka "Twanny", ANDRE ABRAMS, aka "Dre", aka "Pluto", aka "Plu", RODERIC ROOKS, aka "Rod", BRIAN GRESHAM, TANCRED JONES, aka "Tan", JULIEN BURFORD, RUSSELL EDWARDS, aka "Fat Ass" would use telephones (cellular and hard-line phones) to arrange their drug transactions; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO
### (21 U.S.C. §843(b) - Use of a Communication
### Facility in Committing a Drug Offense)

**D-1 KEITH PRESLEY**

That on or about February 6, 1999, in the Eastern District of Michigan, Southern Division, and elsewhere, **KEITH PRESLEY**, defendant herein, did knowingly and intentionally, use a communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense, to wit: conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C. §846 as charged in count one of this indictment, all in violation of Title 21, United States Code, Section 843(b).

4

## COUNT THREE
### (21 U.S.C. §843(b) - Use of a Communication
### Facility in Committing a Drug Offense)

**D-2 SIDNEY ZANDERS**

That on or about February 11, 1999, in the Eastern District of Michigan, Southern Division,

and elsewhere, **SIDNEY ZANDERS**, defendant herein, did knowingly and intentionally, use a

communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense , to wit:

conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C.

§846 as charged in count one of this indictment, all in violation of Title 21, United States Code,

Section 843(b).

## COUNT FOUR
### (21 U.S.C. §843(b) - Use of a Communication
### Facility in Committing a Drug Offense)

**D-3 DONNIE NORTHERN**

That on or about February 4, 1999, in the Eastern District of Michigan, Southern Division,

and elsewhere, **DONNIE NORTHERN** defendant herein, did knowingly and intentionally, use

a communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense , to wit:

conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C.

§846 as charged in count one of this indictment, all in violation of Title 21, United States Code,

Section 843(b).

5

## COUNT FIVE
### (21 U.S.C. §843(b) - Use of a Communication
### Facility in Committing a Drug Offense)

**D-3 DONNIE NORTHERN**

That on or about February 4, 1999, in the Eastern District of Michigan, Southern Division,

and elsewhere, **DONNIE NORTHERN** defendant herein, did knowingly and intentionally, use

a communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense, to wit:

conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C.

§846 as charged in count one of this indictment, all in violation of Title 21, United States Code,

Section 843(b).

## COUNT SIX
### (21 U.S.C. §843(b) - Use of a Communication
### Facility in Committing a Drug Offense)

**D-4 MORRIS JOHNSON**

That on or about February 6, 1999, in the Eastern District of Michigan, Southern Division,

and elsewhere, **MORRIS JOHNSON**, defendant herein, did knowingly and intentionally, use a

communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense, to wit:

conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C.

§846 as charged in count one of this indictment, all in violation of Title 21, United States Code,

Section 843(b).

6

## COUNT SEVEN
**(21 U.S.C. §843(b) - Use of a Communication
Facility in Committing a Drug Offense)**

**D-5 ANTOINE TRAPP**

That on or about February 12, 1999, in the Eastern District of Michigan, Southern Division,

and elsewhere, **ANTOINE TRAPP**, defendant herein, did knowingly and  intentionally, use a

communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense , to wit:

conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C.

§846 as charged in count one of this indictment, all in violation of Title 21, United States Code,

Section 843(b).

## COUNT EIGHT
**(21 U.S.C. §843(b) - Use of a Communication
Facility in Committing a Drug Offense)**

**D-6 ANDRE ABRAMS**

That on or about February 6, 1999, in the Eastern District of Michigan, Southern Division,

and elsewhere, **ANDRE ABRAMS**, defendant herein, did knowingly and  intentionally, use a

communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense , to wit:

conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C.

§846 as charged in count one of this indictment, all in violation of Title 21, United States Code,

Section 843(b).

7

## COUNT NINE
### (21 U.S.C. §843(b) - Use of a Communication
### Facility in Committing a Drug Offense)

**D-8 BRIAN GRESHAM**

That on or about February 12, 1999, in the Eastern District of Michigan, Southern Division, and elsewhere, **BRIAN GRESHAM,** defendant herein, did knowingly and intentionally, use a communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense , to wit: conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C. §846 as charged in count one of this indictment, all in violation of Title 21, United States Code, Section 843(b).

## COUNT TEN
### (21 U.S.C. §843(b) - Use of a Communication
### Facility in Committing a Drug Offense)

**D-10 JULIEN BURFORD**

That on or about February 11, 1999, in the Eastern District of Michigan, Southern Division, and elsewhere, **JULIEN BURFORD,** defendant herein, did knowingly and intentionally, use a communication facility, to wit: a telephone, to commit, cause, and facilitate a drug offense , to wit: conspiracy to distribute and to possess with intent to distribute cocaine in violation of 21 U.S.C. §846 as charged in count one of this indictment, all in violation of Title 21, United States Code, Section 843(b).

## COUNT ELEVEN
### (Title 18, U.S.C. §922(g) -Possession of Firearm
### by a Convicted Felon)

**D-4    MORRIS JOHNSON**

That on or about March 10, 1999, in the Eastern District of Michigan, Southern Division,

**MORRIS JOHNSON**, defendant herein, having been convicted of a crime punishable by

imprisonment for a term exceeding one year to wit: Carrying a Concealed Weapon, on September

25, 1995, in Oakland County Circuit Court, Detroit, Michigan; did knowingly possess a firearm, to

wit: a .40 caliber AMT semi-automatic handgun with serial #DLB01206, a 38 caliber Rossi

revolver with serial #AA052899, and a 9mm Lorcin semi-automatic handgun with serial #L041920,

all of which had been shipped or transported in interstate commerce, in violation of Title 18, United

States Code, Section 922(g) and 924.

## FORFEITURE ALLEGATIONS
### (21 U.S.C. § 853 Criminal Forfeiture)

1. The allegations contained in counts one through ten of the indictment are realleged and

incorporated by reference herein for the purpose of alleging forfeiture pursuant to the provisions of

Title 21, United States Code, Section 853 (controlled substances).

2. That as a result of the foregoing violations of 21 U.S.C. §§ 841 and 846 defendant

**SIDNEY ZANDERS** shall forfeit to the United States: (1) any real or personal property constituting,

or derived from, any proceeds obtained, directly or indirectly, as the result of said violations; and

(2) any real or personal property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of said violations.

9

Such property includes, but is not limited to:

a.      $164,181.00 and all interest and proceeds traceable thereto, in that such sum in aggregate was used, or intended to be used by defendants to commit or facilitate their unlawful conspiracy to possess with intent to distribute and to distribute cocaine and/or their unlawful attempt to possess with intent to distribute a controlled substance, that is cocaine which was found on February 16, 1999 at 16907 Steele, Detroit, Michigan; and

b.      $6,200.00 and all interest and proceeds traceable thereto, in that such sum in aggregate was used, or intended to be used by defendants to commit or facilitate their unlawful conspiracy to possess with intent to distribute and to distribute cocaine and/or their unlawful attempt to possess with intent to distribute a controlled substance, that is cocaine which was found on February 16, 1999 at 27620 Bradford, Southfield, Michigan; and

c.      Assorted jewelry seized from safety deposit box #234 at CO-OP Credit Union. including one man's Rolex watch; one man's triple diamond link bracelet; one man's diamond ring; and one man's Cartier watch.

3. That as a result of the foregoing violations of 21 U.S.C. §§ 841 and 846 defendant MORRIS JOHNSON shall forfeit to the United States: (1) any real or personal property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of said violations; and (2) any real or personal property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Such property includes, but is not limited to:

a.      $13,300.00 and all interest and proceeds traceable thereto, in that such sum in aggregate was used, or intended to be used by defendants to commit or facilitate their unlawful

conspiracy to possess with intent to distribute and to distribute cocaine and/or their unlawful attempt to possess with intent to distribute a controlled substance, that is cocaine which was seized on March 10, 1999 at 22705 Lee Wright, Southfield, Michigan; and

      b.     Assorted jewelry seized from 22705 Lee Wright, Southfield, Michigan, including: one gold chain; one diamond bracelet; one diamond ring; one man's Rolex watch; and one white gold neck chain;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek to forfeit any other property of defendants up to the value listed above. All in violation of Title 21, United States Code, Sections 841, 846 and 853.


THIS IS A TRUE BILL


FOREPERSON


SAUL A. GREEN
United States Attorney

MARGARET E. DAVIS
Assistant United States Attorney

Dated: 7/25/00


11

APPEAL, CLOSED, VMM

# U.S. District Court
## Eastern District of Michigan (Detroit)
### CRIMINAL DOCKET FOR CASE #: 2:00-cr-80756-AC All Defendants
### Internal Use Only

Case title: USA v. Presley, et al

Date Filed: 10/03/2000
Date Terminated: 04/25/2003

Assigned to: District Judge Avern Cohn

**Defendant (1)**

**Keith Presley**
*TERMINATED: 04/25/2003*
*also known as*
Prez
*also known as*
Slice

represented by **Keith Presley**
Federal Correctional Institution - Milan

P.O. Box 1000
Milan, MI 48160-1090
PRO SE

**Arlene F. Woods**
P.O. Box 2486
Farmington Hills, MI 48333
313-550-8939
Fax: 248-353-4909
Email: arlenep40039@aol.com
*TERMINATED: 04/25/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David I. Lee**
535 Griswold
Suite 1630
Detroit, MI 48226
313-963-6508
Fax: 313-962-6007
Email: davidileelaw@yahoo.com
*TERMINATED: 08/09/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**James W. Amberg**
Amberg and Amberg



I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____
        Deputy

2804 Orchard Lake Rd
Suite 200
Keego Harbor, MI 48320
248-681-6255
Fax: 248-681-0115
Email: jamberg@amberglaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. Amberg, Jr.**
P.O. Box 605
Keego Harbor, MI 48230
248-681-6255
Email: Richamberg@comcast.net
*TERMINATED: 09/28/2006*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1) | DISPOSED |
| 21:846 & 841 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1s) | DISPOSED |
| 21:846 & 841 - CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE. (1ss) | IMPRISONMENT:360 MONTHS, SUPERVISED RELEASE:5 YEARS, SPECIAL ASSESSMENT FEE:$300.00 AMENDED JUDGMENT - 240 MONTHS ON COUNT 12 TO RUN CONCURRENT TO 36O MONTHS ON COUNT 1, AND 48 MONTHS ON COUNT 2 [4/23/03 - AMENDED - 360 MONTHS IMPRISONMENT ON CO UNT 1; 48 MONTHS IMPRISONMENT ON COUNT 2 AND 240 MONTHS ON COUNT 12 TO RUN CONCURRENTLY][AMENDED AS OF 1/9/2007] |
| 21:843 USE OF A COMMUNICATION FACILITY IN COMMITTING A DRUG OFFENSE (2) | DISPOSED |

| | |
|---|---|
| 21:843(b) USE OF A COMMUNICATIONS FACILITY IN COMMITTING A DRUG OFFENSE (2s) | DISPOSED |
| 21:843(b) - USE OF A COMMUNICATION FACILITY IN COMMITTING A DRUG OFFENSE. (2ss) | IMPRISONMENT:360 MONTHS, SUPERVISED RELEASE:5 YEARS, SPECIAL ASSESSMENT FEE:$300.00 AMENDED JUDGMENT - 240 MONTHS ON COUNT 12 TO RUN CONCURRENT TO 36O MONTHS ON COUNT 1, AND 48 MONTHS ON COUNT 2 [4/23/03 - AMENDED - 360 MONTHS IMPRISONMENT ON CO UNT 1; 48 MONTHS IMPRISONMENT ON COUNT 2 AND 240 MONTHS ON COUNT 12 TO RUN CONCURRENTLY][AMENDED AS OF 1/9/2007] |
| 18:1956(a)(1)(A)(i), (B)(i), and 1956(h) CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (12s) | DISPOSED |
| 18:1956(a)(1)(A)(i), (B)(i), and 1956(h) - CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (12ss) | IMPRISONMENT:360 MONTHS, SUPERVISED RELEASE:5 YEARS, SPECIAL ASSESSMENT FEE:$300.00 AMENDED JUDGMENT - 240 MONTHS ON COUNT 12 TO RUN CONCURRENT TO 36O MONTHS ON COUNT 1, AND 48 MONTHS ON COUNT 2 [4/23/03 - AMENDED - 360 MONTHS IMPRISONMENT ON CO UNT 1; 48 MONTHS IMPRISONMENT ON COUNT 2 AND 240 MONTHS ON COUNT 12 TO RUN CONCURRENTLY][AMENDED AS OF 1/9/2007] |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**             **Disposition**

None

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: District Judge Avern Cohn

**Defendant (2)**

**Sidney Zanders**
*TERMINATED: 03/20/2002*
*also known as*
Sidney Johnson

represented by **Edward C. Wishnow**
240 Daines
Birmingham, MI 48009-6241
248-258-1991
Fax: 248-258-6007
Email: edwishnow@aol.com
*TERMINATED: 03/20/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Pending Counts**

21:846 CONSPIRACY TO
DISTRIBUTE AND TO POSSESS
WITH INTENT TO DISTRIBUTE
COCAINE
(1)

**Disposition**

84 MONTHS IMPRISONMENT; 5
YEARS SUPERVISED RELEASE;
$300 SPECIAL ASSESSMENT
[4/23/03 - SENTENCE REDUCTION
PURSUANT TO GRANTING OF
MOTION TO REDUCE SENTENCE -
68 MONTHS IMPRISONMENT; 5
YEARS SUPERVISED RELEASE;
$300.00 SPECIAL ASSESSMENT]

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:843B USE OF A
COMMUNICATION FACILITY IN
COMMITTING A DRUG OFFENSE
(3)

**Disposition**

DISMISSED

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: District Judge Avern Cohn

**Defendant (3)**

**Donnie Northern**                          represented by **Robert M. Morgan**
*TERMINATED: 04/02/2002*                                   615 Griswold
                                                           Suite 1125
                                                           Detroit, MI 48226
                                                           313-961-7070
                                                           Email:
                                                           morgancrdefense@ameritech.net
                                                           *TERMINATED: 04/02/2002*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           Designation: Retained

**Pending Counts**                                         **Disposition**

21:846 CONSPIRACY TO                                       87 MONTHS IMPRISONMENT; 5
DISTRIBUTE AND TO POSSESS                                  YEARS SUPERVISED RELEASE;
WITH INTENT TO DISTRIBUTE                                  $100.00 SPECIAL ASSESSMENT
COCAINE
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                      **Disposition**

21:843B USE OF A
COMMUNICATION FACILITY IN                                  DISMISSED
COMMITTING ADRUG OFFENSE
(4)

21:843USE OF A COMMUNICATION
FACILITY IN COMMITTING A
DRUG OFFENSE
(5)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                             **Disposition**

None

Assigned to: District Judge Avern Cohn

**Defendant (4)**

**Morris Johnson**                    represented by **Anthony T. Chambers**
*TERMINATED: 07/24/2002*                 220 W. Congress
                                         Suite 500
                                         Detroit, MI 48226
                                         313-964-5557
                                         Fax: 313-964-4801
                                         Email: achambers3650@yahoo.com
                                         *TERMINATED: 07/24/2002*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*
                                         *Designation: Retained*

**Pending Counts**                                 **Disposition**

21:846 & 841 - CONSPIRACY TO              IMPRISONMENT - 60 MONTHS
DISTRIBUTE AND TO POSSESS                 COUNT - 1ss SUPERVISED
WITH INTENT TO DISTRIBUTE                 RELEASE - 4 YEARS ASSESSMENT
COCAINE.                                  - .00
(1ss)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                              **Disposition**

21:846 CONSPIRACY TO
DISTRIBUTE AND TO POSSESS
WITH INTENT TO DISTRIBUTE                 DISMISSED
COCAINE
(1)

21:846 & 841 CONSPIRACY TO
DISTRIBUTE AND TO POSSESS
WITH INTENT TO DISTRIBUTE                 DISMISSED
COCAINE
(1s)

21:843 USE OF A COMMUNICATION
FACILITY IN COMMITTING A
DRUG OFFENSE                              DISMISSED
(6)

21:843(b) USE OF A
COMMUNICATIONS FACILITY IN
COMMITTING A DRUG OFFENSE                 DISPOSED - DFT SENTENCED
(6s)

21:843(b) - USE OF A
COMMUNICATION FACILITY IN
COMMITTING A DRUG OFFENSE.                DISMISSED
(6ss)

18:922 POSSESSION OF FIREARM
BY A CONVICTED FELON
(11)                                            DISPOSED - DFT SENTENCED

18:922(g) POSSESSION OF FIREARM
BY A CONVICTED FELON
(11s)                                           DISPOSED - DFT SENTENCED

18:922(g) - POSSESSION OF
FIREARM BY A CONVICTED
FELON.                                          DISPOSED - DFT SENTENCED
(11ss)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: District Judge Avern Cohn

**Defendant (5)**

**Antoine Trapp**                    represented by   **Ben M. Gonek**
*TERMINATED: 03/21/2002*                             Ben M. Gonek Assoc.
*also known as*                                      615 Griswold
Twanny                                               Suite 1300
                                                     Detroit, MI 48226
                                                     313-963-3377
                                                     Email: ben@bgonek.com
                                                     *TERMINATED: 03/21/2002*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1) | IMPRISONED FOR A TERM OF 12 MONTHS; SUPERVISED RELEASE FOR A TERM 0F 4 YEARS AND SPECIAL ASSESSMENT FEE OF $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:843 USE OF A COMMUNICATION | |

FACILITY IN COMMITTING A
DRUG OFFENSE                                    DISMISSED
(7)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                 **Disposition**

None

---

Assigned to: District Judge Avern Cohn

**Defendant (6)**

**Andre Abrams**                represented by  **Federal Defender**
*TERMINATED: 03/21/2002*                        Federal Defender Office
*also known as*                                 613 Abbott
Dre                                             5th Floor
*also known as*                                 Detroit, MI 48226
Pluto                                           313-967-5542
*also known as*                                 *TERMINATED: 03/21/2002*
Plu                                             *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: CJA Appointment*

                                                **Sanford A. Schulman**
                                                500 Griswold Street
                                                Suite 2340
                                                Detroit, MI 48226
                                                313-963-4740
                                                Email: saschulman@comcast.net
                                                *TERMINATED: 03/21/2002*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

                                                **Thomas M. McGinnis**
                                                1632 Rustic Lane
                                                Keego Harbor, MI 48320
                                                248-765-5116
                                                Fax: 248-765-5116
                                                *TERMINATED: 10/18/2000*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Retained*

**Pending Counts**                             **Disposition**

21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE
(1)

IMPRISONED FOR A TERM OF 24 MONTHS; SUPERVISED RELEASE FOR A TERM OF 4 YEARS AND SPECIAL ASSESSMENT FEE OF $100.00

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:843 USE OF A COMMUNICATION FACILITY IN COMMITTING A DRUG OFFENSE (8) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: District Judge Avern Cohn

**Defendant (7)**

**Roderic Rooks**
*TERMINATED: 04/02/2002*
*also known as*
Rod

represented by **Steven F. Fishman**
615 Griswold
Suite 1125
Detroit, MI 48226
313-962-4090
Email: sfish66@yahoo.com
*TERMINATED: 04/02/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1) | 60 MONTHS IMPRISONMENT ON COUNT 1 IN 00-80756-7 TO RUN CONCURRENT TO SENTENCE IN 00-80523-3; 5 YEARS SUPERVISED RELEASE IN 00-80756-7 TO RUN CONCURRENT TO SUPERVISED RELEASE IN 00-80523-3; $200. SPECIAL ASSESSMENT |

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| None | |

**Highest Offense Level (Terminated)**

None

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

---

Assigned to: District Judge Avern Cohn

**Defendant (8)**

| | |
|---|---|
| **Brian Gresham**<br>*TERMINATED: 07/11/2001* | represented by **John J. Ricotta**<br>425 Lakeside Avenue<br>Suite 100<br>Cleveland, OH 44113<br>216-241-0715<br>Fax: 216-241-0715<br>*TERMINATED: 07/11/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| 21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE<br>(1) | IMPRISONED FOR A TERM OF 76 MONTHS, SUPERVISED RELEASE FOR A TERM OF 5 YEARS AND SPECIAL ASSESSMENT FEE OF $100.00 |

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| 21:843 USE OF A COMMUNICATION FACILITY IN COMMITTING A DRUG OFFENSE<br>(9) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: District Judge Avern Cohn

**Defendant (9)**

**Tancred Jones**
*TERMINATED: 03/21/2002*
*also known as*
Tan

represented by **Federal Defender**
(See above for address)
*TERMINATED: 12/07/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Sharon A. Payne**
24566 Southfield Road
Suite 208
Southfield, MI 48075
248-424-9270
Fax: 248-569-0801
Email: waskeandpayne@aol.com
*TERMINATED: 03/21/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY TO
DISTRIBUTE AND TO POSSESS
WITH INTENT TO DISTRIBUTE
COCAINE
(1)

**Disposition**

IMPRISONED FOR A TERM OF 12
MONTHS; SUPERVISED RELEASE
FOR A TERM OF 4 YEARS AND
SPECIAL ASSESSENT FEE OF
$100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: District Judge Avern Cohn

**Defendant (10)**

| | | |
|---|---|---|
| **Julien Burford** *TERMINATED: 03/21/2002* | represented by | **James P. Cooper, III** 4929 Wilshire Boulevard Suite 940 Los Angeles, CA 90010 323-933-2982 Fax: 323-933-2982 *TERMINATED: 03/21/2002* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

| Pending Counts | Disposition |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1) | IMPRISONED FOR A TERM OF 30 MONTHS; SUPERVISED RELEASE FOR A TERM OF 5 YEARS AND SPECIAL ASSESSMENT FEE OF $100.00 |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:843 USE OF A COMMUNICATION FACILITY IN COMMITTING A DRUG OFFENSE (10) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: District Judge Avern Cohn

**Defendant (11)**

| | | |
|---|---|---|
| **Russell Edwards** | represented by | **Jeffry F. Kelleher** |

*TERMINATED: 04/03/2002*
*also known as*
Fat Ass

Jeffry F. Kelleher Assoc.
526 Superior Avenue
Suite 1540
Cleveland, OH 44114-1900
216-241-0520
Fax: 216-241-0520
*TERMINATED: 04/03/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:846 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1) | 18 MONTHS IMPRISONMENT; 5 YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: District Judge Avern Cohn

**Defendant (12)**

**Kevin Davis**
*TERMINATED: 07/23/2002*

represented by **N.C. Deday LaRene**
LaRene & Kriger
645 Griswold Street
Suite 1717
Detroit, MI 48226
313-962-3500
Email: d6644@deday.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| | 240 MONTHS IMPRISONMENT ON COUNTS 1 AND 12 TO RUN CONCURRENTLY AND 120 MONTHS ON COUNT 15 TO RUN CONSECUTIVE TO SENTENCES IMPOSED ON COUNT 1 AND 12 FOR AN AGGREGATE OF 360 MONTHS [AMENDED AS OF 10/31/06: IMPRISONMENT: 96 MONTHS; SUPERVISED RELEASE: 3 YEARS; SPECIAL ASSESSMENT: $100] |
| 18:1956(a)(1)(A)(i), (B)(i), and 1956(h) - CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (12s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 & 841 CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1) | DISMISSED |
| 21:846 & 841 - CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE. (1s) | 240 MONTHS IMPRISONMENT ON COUNTS 1 AND 12 TO RUN CONCURRENTLY AND 120 MONTHS ON COUNT 15 TO RUN CONSECUTIVE TO SENTENCES IMPOSED ON COUNT 1 AND 12 FOR AN AGGREGATE OF 360 MONTHS [AMENDED AS OF 10/31/06: VACATED ON USA'S MOTION] |
| 18:1956(a)(1)(A)(i), (B)(i) and 1956(h) CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (12) | DISMISSED |
| 18:1956(a)(1)(B)(i) LAUNDERING OF MONETARY INSTRUMENT (13) | DISMISSED |
| 18:1956(a)(1)(B)(i) - LAUNDERING OF MONETARY INSTRUMENT) (13s-14s) | DISMISSED |
| 18:1956(a)(1)(B)(i) LAUNDERING OF MONETARY INSTRUMENT (14) | DISMISSED |

MONEY LAUNDERING -
CONTROLLED SUBSTANCE -
SELL/DISTR/DISP
(15)

DISMISSED

240 MONTHS IMPRISONMENT ON
COUNTS 1 AND 12 TO RUN
CONCURRENTLY AND 120
MONTHS ON COUNT 15 TO RUN
18:1956(a)(1)(B)(i) and 2 -
LAUNDERING OF MONETARY
INSTRUMENT AIDING AND
ABETTING
(15s)

CONSECUTIVE TO SENTENCES
IMPOSED ON COUNT 1 AND 12
FOR AN AGGREGATE OF 360
MONTHS [AMENDED AS OF
10/31/06: VACATED ON USA'S
MOTION]

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

Assigned to: District Judge Avern Cohn

**Defendant (13)**

**Frederick Davis**
*TERMINATED: 02/22/2002*

represented by **W. Otis Culpepper**
615 Griswold
Suite 1220
Detroit, MI 48226
313-963-5310
Fax: 313-963-5315
Email: otisculpepper@sbcglobal.net
*TERMINATED: 02/22/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

21:846 & 841 CONSPIRACY TO

**Disposition**

| | |
|---|---|
| DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1) | DISPOSED |
| 21:846 & 841 - CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE. (1s) | ACQUITTED |
| 18:1956(a)(1)(A)(i), (B)(i) and 1956(h) CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (12) | DISPOSED |
| 18:1956(a)(1)(A)(i), (B)(i), and 1956(h) - CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (12s) | ACQUITTED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: District Judge Avern Cohn

**Defendant (14)**

| | | |
|---|---|---|
| **Charles Eason** *TERMINATED: 07/23/2002* | represented by | **Federal Defender** (See above for address) *TERMINATED: 08/23/2001* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Public Defender or Community Defender Appointment* |
| | | **Kimberly Lewis** 615 Griswold Suite 1200 Detroit, MI 48226 313-963-5310 Email: kimberlylewis1@comcast.net *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| 18:1956(a)(1)(A)(i), (B)(i), and 1956(h) - CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (12s) | PROBATION - 3 YEARS FINE - $2,500 ASSESSMENT - $100.00 AMENDED JUDGMENT - FINE - $1,258.31 |

**Highest Offense Level (Opening)**

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| 18:1956(a)(1)(A)(i), (B)(i) and 1956(h) CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (12) | DISPOSED |
| MONEY LAUNDERING - CONTROLLED SUBSTANCE - SELL/DISTR/DISP (15) | DISPOSED |
| 18:1956(a)(1)(B)(i) and 2 - LAUNDERING OF MONETARY INSTRUMENT AIDING AND ABETTING (15s) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

---

Assigned to: District Judge Avern Cohn

**Defendant (15)**

| | | |
|---|---|---|
| **Holly Baskins-Spear** *TERMINATED: 01/13/2003* | represented by | **Alexander N. Luvall** 4707 St. Antoine 1 South Detroit, MI 48201 313-576-2506 Fax: 313-833-7269 Email: alexanderluvall@yahoo.com *TERMINATED: 01/13/2003* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Pending Counts**

21:84(b) USE OF
COMMUNICATIONS FACILITY IN
CAUSING OR FACILITATION THE
COMMISSION OF A FELONY
UNDER THE CONTROLLED
SUBSTACES ACT
(1s)

**Disposition**

IMPRISONMENT:48 MONTHS,
SUPERVISED RELEASE:1 YEAR,
SPECIAL ASSESSMENT
FEE:$100.00

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846 & 841 -CONSPIRACY TO
DISTRIBUTE AND TO POSSESS
WITH INTENT TO DISTRIBUTE
COCAINE.
(1)

**Disposition**

DISPOSED

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**United States of America**

represented by **Ellen E. Christensen**
U.S. Attorney's Office (Detroit)
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: ellen.christensen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer J. Sinclair**
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: jennifer.sinclair@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Margaret E. Davis**
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3211
313-226-9100
Fax: 313-226-9100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David A. Gardey**
U.S. Attorney's Office (Detroit)
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: David.Gardey@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2000 | 1 | ORDER by Magistrate Judge Marc L. Goldman with motion, sealing [EOD Date: 10/5/00] (sj) (Entered: 10/05/2000) |
| 10/03/2000 | 2 | ORDER by Magistrate Judge Marc L. Goldman with motion, unsealing [EOD Date: 10/5/00] (sj) (Entered: 10/05/2000) |
| 10/03/2000 | 3 | INDICTMENT against Keith Presley (1) count(s) 1, 2, Sidney Zanders (2) count(s) 1, 3, Donnie Northern (3) count(s) 1, 4, 5, Morris Johnson (4) count(s) 1, 6, 11, Antoine Trapp (5) count(s) 1, 7, Andre Abrams (6) count(s) 1, 8, Roderic Rooks (7) count(s) 1, Brian Gresham (8) count(s) 1, 9, Tancred Jones (9) count(s) 1, Julien Burford (10) count(s) 1, 10, Russell Edwards (11) count(s) 1 (filed stamp 7/25/00)(sj) Modified on 10/05/2000 (Entered: 10/05/2000) |
| 10/03/2000 | 4 | WARRANT for arrest issued as to defendants Keith Presley, Sidney Zanders, Donnie Northern, Morris Johnson, Antoine Trapp, Andre Abrams, Roderic Rooks, Brian Gresham, Tancred Jones, Julien Burford, Russell Edwards (filed stamp 7/25/00) (sj) Modified on 10/05/2000 (Entered: 10/05/2000) |
| 10/04/2000 | | INITIAL appearance by defendant Andre Abrams (6) count(s) 1, 8 before Magistrate Judge Donald A. Scheer, setting detention hearing for 1:00 10/5/00 for Andre Abrams - D/Atty: Richard Helfrick - AUSA: Karen Reynolds - Tape # DAS 00-136 (RJ) (Entered: 10/05/2000) |
| 10/04/2000 | | ARRAIGNMENT adjourned to 1:00 10/5/00 for Andre Abrams - Magistrate Judge Donald A. Scheer - D/Atty: Richard Helfrick - AUSA: Karen Reynolds - Tape #: DAS 00-136 (RJ) (Entered: 10/05/2000) |

| | | |
|---|---|---|
| 10/04/2000 | 5 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Andre Abrams, for temporary detention [EOD Date 10/10/00] (sj) (Entered: 10/10/2000) |
| 10/04/2000 | 6 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Andre Abrams, appointing the Federal Defender Office , with financial affidavit attached [EOD Date 10/10/00] (sj) (Entered: 10/10/2000) |
| 10/05/2000 | | INITIAL appearance by defendant Morris Johnson (4) count(s) 1, 6, 11 before Magistrate Judge Marc L. Goldman, set unsecured bond in the amount of $10,000.00 with conditions - D/Atty: not appearing - AUSA: Maggy Davis Tape # 10/05/00 (gw) (Entered: 10/05/2000) |
| 10/05/2000 | | ARRAIGNMENT adjourned to 1:00 10/12/00 for Morris Johnson - Magistrate Judge Marc L. Goldman - D/Atty: not - AUSA: Maggy Davis - Tape #: 10/05/00 (gw) (Entered: 10/05/2000) |
| 10/05/2000 | | ARRAIGNMENT concluded, plea of not guilty entered by Andre Abrams (6) count(s) 1, 8 - Magistrate Judge Marc L. Goldman - D/Atty: Thomas McGinnis - AUSA: Maggy Davis - Tape #: 10/05/00 (gw) (Entered: 10/05/2000) |
| 10/05/2000 | | SCHEDULE: setting pretrial conference for 9:30 10/10/00 for Andre Abrams (gw) (Entered: 10/05/2000) |
| 10/05/2000 | | DETENTION hearing held by proffer as to defendant Andre Abrams Disposition: Bond Denied - Magistrate Judge Marc L. Goldman D/Atty: Thomas McGinnis AUSA: Maggy Davis Tape #: 10/05/00 (gw) (Entered: 10/05/2000) |
| 10/05/2000 | 7 | APPEARANCE for defendant Andre Abrams of attorney Thomas M. McGinnis (sj) (Entered: 10/12/2000) |
| 10/05/2000 | 8 | ACKNOWLEDGEMENT by defendant Andre Abrams and defense counsel of indictment (sj) (Entered: 10/12/2000) |
| 10/05/2000 | 9 | ORDER by Magistrate Judge Marc L. Goldman as to defendant Andre Abrams, for detention pending trial [EOD Date 10/12/00] (sj) (Entered: 10/12/2000) |
| 10/05/2000 | 10 | ORDER by Magistrate Judge Marc L. Goldman as to defendant Morris Johnson, setting unsecured bond in the amount of 10,000.00 with conditions [EOD Date 10/12/00] (sj) (Entered: 10/12/2000) |
| 10/05/2000 | 11 | BOND as to defendant Morris Johnson in the amount of $10,000.00 unsecured entered (sj) (Entered: 10/12/2000) |
| 10/10/2000 | | PRETRIAL conference held as to defendant Andre Abrams - Magistrate Judge Donald A. Scheer (RJ) (Entered: 10/10/2000) |
| 10/10/2000 | | INITIAL appearance by defendant Antoine Trapp (5) count(s) 1, 7 before Magistrate Judge Donald A. Scheer, set unsecured bond in the amount of 10,000 with conditions - D/Atty: Ben Gonek - AUSA: Karen Reynolds - Tape # DAS 00-140 (RJ) (Entered: 10/11/2000) |

| | | |
|---|---|---|
| 10/10/2000 | | ARRAIGNMENT held, plea of not guilty entered by Antoine Trapp (5) count(s) 1, 7 - Magistrate Judge Donald A. Scheer - D/Atty: Ben Gonek - AUSA: Karen Reynolds - Tape #: DAS 00-140 (RJ) (Entered: 10/11/2000) |
| 10/10/2000 | | SCHEDULE: setting pretrial conference for 9:30 10/19/00 for Antoine Trapp (RJ) (Entered: 10/11/2000) |
| 10/10/2000 | 12 | AUTHORIZATION by Magistrate Judge Donald A. Scheer and voucher for payment of transcript for defendant Andre Abrams Voucher # 10MIE0884 (sj) (Entered: 10/16/2000) |
| 10/11/2000 | 13 | ACKNOWLEDGEMENT by defendant Antoine Trapp and defense counsel of indictment (sj) (Entered: 10/16/2000) |
| 10/11/2000 | 14 | APPEARANCE for defendant Antoine Trapp of attorney Ben M. Gonek (sj) (Entered: 10/16/2000) |
| 10/11/2000 | 15 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Antoine Trapp, setting unsecured bond in the amount of 10,000.00 with conditions [EOD Date 10/16/00] (sj) (Entered: 10/16/2000) |
| 10/11/2000 | 16 | BOND as to defendant Antoine Trapp in the amount of 10,000.00 unsecured entered (sj) (Entered: 10/16/2000) |
| 10/11/2000 | | (Court only) LOCATION interval begun for Antoine Trapp (5) count(s) 1, 7 of type LR (sj) (Entered: 10/16/2000) |
| 10/12/2000 | | ARRAIGNMENT concluded, plea of not guilty entered by Morris Johnson (4) count(s) 1, 6, 11 , bond continued - Magistrate Judge Virginia M. Morgan - D/Atty: Anthony Chambers - AUSA: Karen Reynolds - Tape #: VM 2157 (KG) (Entered: 10/13/2000) |
| 10/12/2000 | | SCHEDULE: setting pretrial conference for 9:30 10/19/00 for Morris Johnson (KG) (Entered: 10/13/2000) |
| 10/12/2000 | 17 | MOTION by defendant Andre Abrams for reconsideration of order [9-2] with brief, notice of hearing & proof of service (sj) (Entered: 10/18/2000) |
| 10/12/2000 | 18 | APPEARANCE for defendant Morris Johnson of attorney Anthony T. Chambers (sj) (Entered: 10/23/2000) |
| 10/12/2000 | 19 | ACKNOWLEDGEMENT by defendant Morris Johnson and defense counsel of indictment (sj) (Entered: 10/23/2000) |
| 10/16/2000 | | INITIAL appearance by defendant Brian Gresham (8) count(s) 1, 9 before Magistrate Judge Virginia M. Morgan, surety bond in the amount of $50,000.00 transferred from Northern District of Ohio #1:00m2084 with conditions - D/Atty: John J. Ricotta - AUSA: Karen Gibbs - Tape # VM 2158 (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | ARRAIGNMENT held, plea of not guilty entered by Brian Gresham (8) count(s) 1, 9 - Magistrate Judge Virginia M. Morgan - D/Atty: John J. Ricotta - AUSA: Karen Gibbs - Tape #: VM 2158 (KG) (Entered: |

| | | |
|---|---|---|
| | | 10/16/2000 |
| 10/16/2000 | | SCHEDULE: setting pretrial conference for 9:30 10/26/00 for Brian Gresham (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | INITIAL appearance by defendant Tancred Jones (9) count(s) 1 before Magistrate Judge Virginia M. Morgan, surety bond in the amount of $20,000.00 transferred from the Northern District of Ohio #1:00m2085 with conditions - D/Atty: Leroy Soles - AUSA: Karen Gibbs - Tape # VM 2158 (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | ARRAIGNMENT adjourned to 1:00 10/18/00 for Tancred Jones - Magistrate Judge Virginia M. Morgan - D/Atty: Leroy Soles - AUSA: Karen Gibbs - Tape #: VM 2158 (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | INITIAL appearance by defendant Julien Burford (10) count(s) 1, 10 before Magistrate Judge Virginia M. Morgan, set surety bond in the amount of $40,000.00 transferred from the Northern District of Ohio #1:00m2086 with conditions - D/Atty: James P. Cooper III - AUSA: Karen Gibbs - Tape # VM 2158 (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | ARRAIGNMENT held, plea of not guilty entered by Julien Burford (10) count(s) 1, 10 - Magistrate Judge Virginia M. Morgan - D/Atty: James P. Cooper III - AUSA: Karen Gibbs - Tape #: VM 2158 (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | SCHEDULE: setting pretrial conference for 9:30 10/31/00 for Julien Burford (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | INITIAL appearance by defendant Russell Edwards (11) count(s) 1 before Magistrate Judge Virginia M. Morgan, set surety bond in the amount of $40,000.00 transferred from the Northern District of Ohio #1:00m2087 with conditions - D/Atty: Jeffrey F. Kelleher - AUSA: Karen Gibbs - Tape # VM 2158 (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | ARRAIGNMENT held, plea of not guilty entered by Russell Edwards (11) count(s) 1 - Magistrate Judge Virginia M. Morgan - D/Atty: Jeffrey F. Kelleher - AUSA: Karen Gibbs - Tape #: VM 2158 (KG) (Entered: 10/16/2000) |
| 10/16/2000 | | SCHEDULE: setting pretrial conference for 9:30 10/31/00 for Russell Edwards (KG) (Entered: 10/16/2000) |
| 10/16/2000 | 20 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Brian Gresham, transferring bond from case # 1:00M2086 (ND of OHIO) in the amount of $ 50,000.00 [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 21 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Tancred Jones, appointing the Federal Defender Office , with financial affidavit attached [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 22 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Julien Burford, transferring bond from case # 1:00M2086-010 in the amount of |

| | | $ 40,000.00 [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
|---|---|---|
| 10/16/2000 | 23 | APPEARANCE for defendant Brian Gresham of attorney John J. Ricotta , with proof of service (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 24 | ACKNOWLEDGEMENT by defendant Brian Gresham and defense counsel of indictment (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 25 | ACKNOWLEDGEMENT by defendant Russell Edwards and defense counsel of indictment (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 26 | APPEARANCE for defendant Russell Edwards of attorney Jeffry F. Kelleher (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 27 | ACKNOWLEDGEMENT by defendant Julien Burford and defense counsel of indictment (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 28 | APPEARANCE for defendant Julien Burford of attorney James P. Cooper III (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 29 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Russell Edwards, setting bond with conditions(transferred form USD Ohio) [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 30 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Julien Burford, setting secured bond in the amount of $40,000.00 with conditions [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 31 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Tancred Jones, transferring bond from (USDC Ohio) with conditions [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 32 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Brian Gresham, transferring bond from (USDC Ohio) with conditions [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 33 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Tancred Jones, transferring bond continued from (USDC Ohio)case # 1:00M2087 in the amount of $40,00.00 secured [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 34 | AUTHORIZATION by Magistrate Judge Donald A. Scheer to pay Thomas M. McGinnis attorney for defendant Andre Abrams Voucher # 0884 (sj) (Entered: 10/23/2000) |
| 10/16/2000 | 35 | ORDER by Magistrate Judge Virginia M. Morgan as to defendant Russell Edwards, transferring bond from (USDC Ohio)case # 1:00M2087 in the amount of $ 40,000.00 secured [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/18/2000 | | ARRAIGNMENT concluded, plea of not guilty entered by Tancred Jones (9) count(s) 1 - Magistrate Judge Paul J. Komives - D/Atty: Stacey Studnicki - AUSA: Karen Gibbs - Tape #: Duty Call 10/18/00 (kd) (Entered: 10/18/2000) |

| 10/18/2000 | | SCHEDULE: setting pretrial conference for 9:30 10/26/00 for Tancred Jones (kd) (Entered: 10/18/2000) |
|---|---|---|
| 10/18/2000 | 36 | ACKNOWLEDGEMENT by defendant Tancred Jones and defense counsel of indictment (sj) (Entered: 10/23/2000) |
| 10/18/2000 | 37 | ORDER by Judge Avern Cohn as to defendant Andre Abrams, substitution for defendant Andre Abrams of attorney Sanford A. Schulman in place of attorney Thomas M. McGinnis for Andre Abrams [EOD Date 10/23/00] (sj) (Entered: 10/23/2000) |
| 10/19/2000 | | MOTION hearing held as to defendant Andre Abrams on motion for reconsideration of order [9-2] by Andre Abrams [17-1] - disposition: GRANTED - Judge Avern Cohn - Court Reporter: Sheri Ward. Deft released on $50,000 personal bond. (jc) (Entered: 10/20/2000) |
| 10/19/2000 | 38 | ORDER reassigning and transferring case from Judge Marianne O. Battani in Ann Arbor to Judge Avern Cohn in Detroit - Reason: companion case 00-80523 (sj) (Entered: 10/24/2000) |
| 10/19/2000 | 41 | ORDER by Judge Avern Cohn as to defendant Andre Abrams, setting unsecured bond in the amount of $50,000 with conditions [EOD Date 10/26/00] (PP) (Entered: 10/26/2000) |
| 10/19/2000 | 42 | ORDER by Judge Avern Cohn with stipulation as to defendant Andre Abrams, substitution for defendant Andre Abrams of attorney Sanford Schulman in place of Thomas M. McGinnis [EOD Date: 10/26/00] (PP) (Entered: 10/26/2000) |
| 10/24/2000 | 39 | RECORD received from Ann Arbor as to defendants'. (PP) (Entered: 10/26/2000) |
| 10/26/2000 | 40 | NOTICE as to defendants' Keith Presley, Sidney Zanders, Donnie Northern, Morris Johnson, Antoine Trapp, Andre Abrams, Roderic Rooks, Brian Gresham, Tancred Jones, Julien Burford, Russell Edwards of to counsel of record of receipt of record from Detroit from Ann Arbor (PP) Modified on 10/26/2000 (Entered: 10/26/2000) |
| 10/26/2000 | | PRETRIAL conference held as to defendant Tancred Jones - Magistrate Judge Paul J. Komives (kd) (Entered: 10/26/2000) |
| 10/30/2000 | | INITIAL appearance by defendant Roderic Rooks (7) count(s) 1 before Magistrate Judge Donald A. Scheer, set unsecured bond in the amount of 25,000 with conditions - D/Atty: Steven Fishman - AUSA: Graham Teall - Tape # DAS 00-150 (RJ) (Entered: 10/31/2000) |
| 10/30/2000 | | ARRAIGNMENT held, plea of not guilty entered by Roderic Rooks (7) count(s) 1 - Magistrate Judge Donald A. Scheer - D/Atty: Steven Fishman - AUSA: Graham Teall - Tape #: DAS 00-150 (RJ) (Entered: 10/31/2000) |
| 10/30/2000 | | SCHEDULE: setting pretrial conference for 9:30 11/7/00 for Roderic Rooks (RJ) (Entered: 10/31/2000) |

| 10/30/2000 | | INITIAL appearance by defendant Donnie Northern (3) count(s) 1, 4, 5 before Magistrate Judge Donald A. Scheer, defendant consents to detention - D/Atty: Robert Morgan - AUSA: Graham Teall - Tape # DAS 00-150 (RJ) (Entered: 10/31/2000) |
|---|---|---|
| 10/30/2000 | | ARRAIGNMENT held, plea of not guilty entered by Donnie Northern (3) count(s) 1, 4, 5 - Magistrate Judge Donald A. Scheer - D/Atty: Robert Morgan - AUSA: Graham Teall - Tape #: DAS 00-150 (RJ) (Entered: 10/31/2000) |
| 10/30/2000 | | SCHEDULE: setting pretrial conference for 9:30 11/7/00 for Donnie Northern (RJ) (Entered: 10/31/2000) |
| 10/30/2000 | 43 | APPEARANCE for defendant Roderic Rooks of attorney Steven F. Fishman (ew) (Entered: 10/31/2000) |
| 10/30/2000 | 44 | ACKNOWLEDGEMENT by defendant Roderic Rooks and defense counsel of indictment (lh) (Entered: 10/31/2000) |
| 10/30/2000 | 45 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Roderic Rooks setting unsecured bond in the amount of $25,000.00 with conditions [EOD Date 10/31/00] (lh) (Entered: 10/31/2000) |
| 10/30/2000 | 46 | BOND as to defendant Roderic Rooks in the amount of $10,000.00 unsecured entered (lh) (Entered: 10/31/2000) |
| 10/30/2000 | 47 | APPEARANCE for defendant Donnie Northern of attorney Robert M. Morgan (lh) (Entered: 10/31/2000) |
| 10/30/2000 | 48 | ACKNOWLEDGEMENT by defendant Donnie Northern and defense counsel of indictment (lh) (Entered: 10/31/2000) |
| 10/30/2000 | 49 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Donnie Northern for detention pending trial [EOD Date 10/31/00] (lh) (Entered: 10/31/2000) |
| 10/31/2000 | | PRETRIAL conferences held as to defendants Julien Burford and Russell Edwards - Magistrate Judge Virginia M. Morgan (KG) (Entered: 11/01/2000) |
| 11/01/2000 | 51 | ORDER by Judge Avern Cohn with stipulation determining excludable delay as to defendant Antoine Trapp and, deadline for filing motions for 11/21/00 (RH) (Entered: 11/08/2000) |
| 11/01/2000 | 52 | RECORD received from Northern District of Ohio as to defendant Brian Gresham (dp) (Entered: 11/15/2000) |
| 11/01/2000 | 53 | RECORD received from Northern District of Ohio as to defendant Tancred Jones (dp) (Entered: 11/15/2000) |
| 11/01/2000 | 54 | RECORD received from Northern District of Ohio as to defendant Julien Burford (dp) (Entered: 11/15/2000) |
| 11/01/2000 | 55 | RECORD received from Northern District of Ohio as to defendant Russell Edwards (dp) (Entered: 11/15/2000) |

| 11/02/2000 | 56 | WARRANT for arrest returned executed by Special Agent Bryan Sartori on 10/10/00 as to defendant Antoine Trapp (dp) (Entered: 11/15/2000) |
| 11/02/2000 | 57 | WARRANT for arrest returned executed by Special Agent Bryan Sartori on 10/5/00 as to defendant Morris Johnson (dp) (Entered: 11/15/2000) |
| 11/02/2000 | 58 | WARRANT for arrest returned executed by Special Agent Edward Dosch on 10/4/00 as to defendant Andre Abrams (dp) (Entered: 11/15/2000) |
| 11/03/2000 | 50 | ORDER by Judge Avern Cohn with stipulation determining excludable delay as to defendant Tancred Jones and, deadline for filing motions for 1/30/01 (RH) (Entered: 11/06/2000) |
| 11/06/2000 | | PRETRIAL conference held as to defendant Brian Gresham - Magistrate Judge Paul J. Komives (kd) (Entered: 11/06/2000) |
| 11/07/2000 | | PRETRIAL conference held as to defendants Donnie Northern and Roderic Rooks - Magistrate Judge Virginia M. Morgan (KG) (Entered: 11/07/2000) |
| 11/13/2000 | | INITIAL appearance by defendant Sidney Zanders (2) count(s) 1, 3 before Magistrate Judge Marc L. Goldman, defendant consents to detention - D/Atty: Neil Rockind - AUSA: Maggy Davis - Tape # 11/13/00 (gw) (Entered: 11/13/2000) |
| 11/13/2000 | | ARRAIGNMENT held, plea of not guilty entered by Sidney Zanders (2) count(s) 1, 3 - Magistrate Judge Marc L. Goldman - D/Atty: Neil Rockind - AUSA: Maggy Davis - Tape #: 11/13/00 (gw) (Entered: 11/13/2000) |
| 11/13/2000 | | SCHEDULE: by Magistrate Judge Marc L. Goldman setting pretrial conference for 3:00 11/13/00 for Sidney Zanders (gw) (Entered: 11/13/2000) |
| 11/13/2000 | | PRETRIAL conference held as to defendant Sidney Zanders - Magistrate Judge Marc L. Goldman (gw) (Entered: 11/13/2000) |
| 11/13/2000 | 59 | ACKNOWLEDGEMENT by defendant Sidney Zanders and defense counsel of indictment (dp) (Entered: 11/15/2000) |
| 11/13/2000 | 60 | ORDER by Magistrate Judge Marc L. Goldman as to defendant Sidney Zanders for detention pending trial [EOD Date 11/15/00] (dp) (Entered: 11/15/2000) |
| 11/13/2000 | 61 | PRETRIAL conference summary order by Magistrate Judge Marc L. Goldman and as to defendant Sidney Zanders (dp) (Entered: 11/15/2000) |
| 11/21/2000 | 62 | ORDER by Judge Avern Cohn with petition as to defendant Keith Presley, for writ of habeas corpus ad prosequendum as to defendant Keith Presley [EOD Date: 11/22/00], WI. (PP) (Entered: 11/22/2000) |
| 11/27/2000 | 63 | MOTION by defendant Tancred Jones as to defendant Tancred Jones to modify conditions of pretrial release with brief, proof of mailing (dh) (Entered: 11/29/2000) |

| 11/28/2000 | 64 | ORDER by Judge Avern Cohn as to defendant Tancred Jones granting motion to modify conditions of pretrial release:that the tethering device be removed by Pretrial Services Tancred Jones [63-1] [EOD Date 11/29/00] (dh) (Entered: 11/29/2000) |
| 11/28/2000 | 66 | AMENDED motion by defendant Tancred Jones Tancred Jones to modify conditions of pretrial release with brief, and proof of mailing. (PP) (Entered: 12/07/2000) |
| 11/30/2000 | 65 | MOTION by Brian Gresham to modify bond with proof of mailing (cm) (Entered: 12/06/2000) |
| 12/01/2000 | 67 | WARRANT for arrest returned executed by U S Marshal on 11/13/00 as to defendant Sidney Zanders (PP) (Entered: 12/07/2000) |
| 12/04/2000 | 69 | ORDER by Judge Avern Cohn as to Tancred Jones, withdrawaing Federal Defender as counsel and directing a Panel Attorney to be appointed [EOD Date 12/7/00] (cm) (Entered: 12/07/2000) |
| 12/06/2000 | 68 | ORDER by Judge Avern Cohn as to defendant Brian Gresham granting motion to modify bond by Brian Gresham [65-1] [EOD Date 12/7/00] (PP) (Entered: 12/07/2000) |
| 12/07/2000 | 70 | APPOINTMENT for defendant Tancred Jones of attorney Sharon A. Payne in place of attorney Federal Defender's Office for Tancred Jones Voucher # 1477 (PP) (Entered: 12/08/2000) |
| 12/13/2000 | 71 | ORDER by Judge Avern Cohn with stipulation as to defendants Sidney Zanders, Donnie Northern, Morris Johnson, Antoine Trapp, Andre Abrams, Roderic Rooks, Brian Gresham, Tancred Jones, Julien Burford, Russell Edwards extending deadline for filing pretrial motions for 1/19/01 [EOD Date: 12/14/00] (DT) (Entered: 12/14/2000) |
| 01/03/2001 | 72 | ORDER by Judge Avern Cohn with stipulation as to defendant Russell Edwards for modification of condition of pretrial release [EOD Date: 1/5/01] (lh) (Entered: 01/05/2001) |
| 01/04/2001 | 73 | MOTION by defendant Julien Burford to modify conditions of release; points and authorities in support with proof of mailing (PP) (Entered: 01/09/2001) |
| 01/09/2001 | 74 | ORDER by Judge Avern Cohn as to defendant Julien Burford denying motion to modify conditions of release; points and authorities in support by Julien Burford [73-1] [EOD Date 1/10/01] (PP) (Entered: 01/10/2001) |
| 01/11/2001 | | INITIAL appearance by defendant Keith Presley (1) count(s) 1, 2 before Magistrate Judge Steven D. Pepe, setting detention hearing for 1:00 1/12/01 for Keith Presley - D/Atty: Andrew Wise - AUSA: Margaret Davis - Tape # SDP 0111 (mv) (Entered: 01/12/2001) |
| 01/11/2001 | | ARRAIGNMENT adjourned to 1:00 1/12/01 for Keith Presley - Magistrate Judge Steven D. Pepe - D/Atty: Andrew Wise - AUSA: Margaret Davis - Tape #: SDP 0111 (mv) (Entered: 01/12/2001) |

| 01/11/2001 | 75 | ORDER by Magistrate Judge Paul J. Komives as to defendant Keith Presley, for detention pending trial [EOD Date 1/17/01] (ew) (Entered: 01/17/2001) |
| 01/11/2001 | 76 | APPEARANCE for defendant Keith Presley of attorney David I. Lee (ew) (Entered: 01/19/2001) |
| 01/11/2001 | 145 | ORDER by Magistrate Judge Steven D. Pepe as to defendant Keith Presley, appointing the Federal Defender Office , with financial affidavit attached [EOD Date 8/14/01] (sj) (Entered: 08/14/2001) |
| 01/11/2001 | 146 | ORDER by Magistrate Judge Steven D. Pepe as to defendant Keith Presley, for temporary detention [EOD Date 8/14/01] (sj) (Entered: 08/14/2001) |
| 01/12/2001 | | ARRAIGNMENT concluded, plea of not guilty entered by Keith Presley (1) count(s) 1, 2 - Magistrate Judge Paul J. Komives - D/Atty: David Lee - AUSA: Margaret Davis - Tape #: PJK 0112 (mv) (Entered: 01/12/2001) |
| 01/12/2001 | | SCHEDULE: setting pretrial conference for 9:30 1/25/01 for Keith Presley (mv) (Entered: 01/12/2001) |
| 01/12/2001 | | DETENTION hearing not held as to defendant Keith Presley Disposition: Consented to Detention and Writ Discharged. Defendant is returned to previous holding district - Magistrate Judge Paul J. Komives D/Atty: David Lee AUSA: Margaret Davis Tape #: PJK 0112 (mv) (Entered: 01/12/2001) |
| 01/12/2001 | 82 | ORDER by Magistrate Judge Steven D. Pepe appointing the Federal Defender Office to represent defendant Keith Presley (dh) (Entered: 01/26/2001) |
| 01/17/2001 | | MOTION by defendant Roderic Rooks for joinder of two indictments with brief, affidavit, notice of hearing (date and time not included) and proof of mailing. (see #00-cr-80523-3, document #35) (cf) (Entered: 01/18/2001) |
| 01/19/2001 | 77 | MOTION by defendant Andre Abrams to dismiss pursuant to rule 12 (b) with brief, affidavit, proof of mailing and notice of hearing (lh) Modified on 01/22/2001 (Entered: 01/22/2001) |
| 01/19/2001 | 78 | MOTION by defendant Julien Burford as to defendant Julien Burford for bill of particulars with notice, points and authorities and proof of mailing (lh) Modified on 01/22/2001 (Entered: 01/22/2001) |
| 01/22/2001 | 79 | MOTION by defendant Julien Burford to dismiss indictment because of duplicity with notice and proof of mailing (no brief) (lh) (Entered: 01/23/2001) |
| 01/22/2001 | 80 | MOTION by defendant Julien Burford for pretrial hearing to determine admissibility of co-conspirator statements with notice and proof of mailing (lh) (Entered: 01/23/2001) |

| 01/22/2001 | 81 | MOTION by defendant Julien Burford re: prejudicial joinder of parties with notice and proof of mailing (no brief) (lh) Modified on 05/30/2001 (Entered: 01/23/2001) |
|---|---|---|
| 01/23/2001 | 84 | MOTION by defendant Julien Burford to dismiss indictment with brief, notice, proof of mailing (dh) (Entered: 01/30/2001) |
| 01/24/2001 | 85 | APPOINTMENT for defendant Keith Presley of attorney David I. Lee in place of attorney Federal Defender for Keith Presley Voucher # 1410 (dh) (Entered: 01/30/2001) |
| 01/25/2001 | | PRETRIAL conference held as to defendant Keith Presley - Magistrate Judge Donald A. Scheer (RJ) (Entered: 01/25/2001) |
| 01/25/2001 | 83 | NOTICE from the chambers of Judge Cohn as to defendants Keith Presley, Sidney Zanders, Donnie Northern, Morris Johnson, Antoine Trapp, Andre Abrams, Roderic Rooks, Brian Gresham, Tancred Jones, Julien Russell Edwards of setting criminal status conference for 2:00 2/5/01 with proof of mailing (dh) (Entered: 01/26/2001) |
| 01/29/2001 | 86 | MOTION by defendant Brian Gresham to modify bond for removal of electronic home monitoring device with proof of mailing (dh) (Entered: 01/30/2001) |
| 02/02/2001 | 87 | WARRANT for arrest returned executed by DUSM on 8/16/00 as to defendant Donnie Northern (RH) (Entered: 02/07/2001) |
| 02/05/2001 | | STATUS conference held - Judge Avern Cohn - Ct. Rptr: sheri Ward (jc) (Entered: 02/13/2001) |
| 02/08/2001 | 88 | MOTION by defendant Roderic Rooks to exclude crimes evidence under 404(b) with brief, notice of heairng and proof of service (RH) (Entered: 02/09/2001) |
| 02/12/2001 | 89 | MOTION by defendant Donnie Northern for discovery of material information regarding Title III electronic surveillance with brief and proof of mailing (DT) (Entered: 02/12/2001) |
| 02/12/2001 | 90 | MOTION by defendant Donnie Northern to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" with brief and proof of mailing (DT) (Entered: 02/12/2001) |
| 02/12/2001 | 91 | NOTICE by defendant Donnie Northern of for as to defendant Donnie Northern , in compliance with standing order for discovery and inspection (DT) (Entered: 02/12/2001) |
| 02/12/2001 | 92 | REQUEST by defendant Donnie Northern for all information and evidence which may tend to demonstrate the existence of multiple conspiracies (DT) (Entered: 02/12/2001) |
| 02/12/2001 | 93 | PROOF of mailing as to defendant Donnie Northern of documents #91 and #92 (DT) (Entered: 02/12/2001) |
| 02/12/2001 | 94 | MOTION by defendant Morris Johnson requesting notice of the prosecutions intention to offer other crimes, wrongs and bad acts |

| | | evidence with brief and proof of mailing (DT) (Entered: 02/13/2001) |
|---|---|---|
| 02/12/2001 | 95 | MOTION by defendant Morris Johnson to suppress all evidence seized March 10, 1999 from 22705 Leewright due to an invalid search warrant with brief, exhibit and proof of mailing (DT) (Entered: 02/13/2001) |
| 02/12/2001 | 96 | MOTION by defendant Morris Johnson to suppress evidence and statements obtained on 3/10/99 with brief, exhibit and proof of mailing (DT) (Entered: 02/13/2001) |
| 02/12/2001 | 96 | REQUEST by defendant Morris Johnson for evidentiary hearing (DT) (Entered: 02/13/2001) |
| 02/12/2001 | 97 | MOTION by defendant Morris Johnson for disclosure of Brady materials with brief and proof of mailing (DT) (Entered: 02/13/2001) |
| 02/12/2001 | 98 | MOTION by defendant Morris Johnson for bill of particulars with brief and proof of mailing (DT) (Entered: 02/13/2001) |
| 02/13/2001 | 99 | MOTION by defendant Morris Johnson for government agents and law enforcement officers to retain rough notes and for disclosure prior to trial with brief and proof of mailing (DT) (Entered: 02/13/2001) |
| 02/14/2001 | 100 | NOTICE by defendant Roderic Rooks of joinder in motion to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" by Donnie Northern [90-1] and motion for discovery of material information regarding Title III electronic surveillance by Donnie Northern [89-1] with proof of mailing (DT) (Entered: 02/14/2001) |
| 02/14/2001 | 101 | NOTICE by defendant Antoine Trapp of for joinder in each motion filed on behalf of Donny Northern [92-1] [91-1] [91-2] [90-1] [89-1] with proof of mailing (DT) (Entered: 02/14/2001) |
| 03/02/2001 | 102 | ORDER by Judge Avern Cohn as to defendant Brian Gresham granting motion to modify bond for removal of electronic home monitoring device by Brian Gresham [86-1] [EOD Date 3/5/01] (lh) (Entered: 03/05/2001) |
| 03/26/2001 | 103 | RESPONSE by plaintiff USA as to defendant Morris Johnson to motion to suppress evidence and statements obtained on 3/10/99 by Morris Johnson [96-1], with brief (RH) (Entered: 03/27/2001) |
| 03/26/2001 | 104 | RESPONSE by plaintiff USA as to defendant Morris Johnson to motion to suppress all evidence seized March 10, 1999 from 22705 Leewright due to an invalid search warrant by Morris Johnson [95-1], with brief and exhibit (RH) (Entered: 03/27/2001) |
| 03/28/2001 | 105 | RESPONSE by plaintiff USA as to defendant Donnie Northern, defendant Antoine Trapp, defendant Roderic Rooks to motion to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" by Donnie Northern [90-1], with brief, exhibits and proof of service (RH) (Entered: 03/29/2001) |
| | | |

| 03/29/2001 | 106 | NOTICE by the Court setting plea for 2:30 4/10/01 for Sidney Zanders, for Antoine Trapp, for Andre Abrams, for Brian Gresham, for Tancred Jones, for Russell Edwards (RH) (Entered: 04/02/2001) |
| 03/29/2001 | 107 | NOTICE by the Court setting hearing on motion for government agents and law enforcement officers retain rough notes and for disclosure prior to trial by Morris Johnson [99-1] for 2:00 5/8/01 for Donnie Northern, for Morris Johnson, for Roderic Rooks, motion to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" by Donnie Northern [90-1] for 2:00 5/8/01 for Donnie Northern, for Morris Johnson, for Roderic Rooks, motion for discovery of material information regarding Title III electronic surveillance by Donnie Northern [89-1] for 2:00 5/8/01 for Donnie Northern, for Morris Johnson, for Roderic Rooks, motion for bill of particulars by Morris Johnson [98-1] for 2:00 5/8/01 for Donnie Northern, for Morris Johnson, for Roderic Rooks, motion for disclosure of Brady materials by Morris Johnson [97-1] for 2:00 5/8/01 for Donnie Northern, for Morris Johnson, for Roderic Rooks, motion to suppress evidence and statements obtained on 3/10/99 by Morris Johnson [96-1] for 2:00 5/8/01 for Donnie Northern, for Morris Johnson, for Roderic Rooks, motion to suppress all evidence seized March 10, 1999 from 22705 Leewright due to an invalid search warrant by Morris Johnson [95-1] for 2:00 5/8/01 for Donnie Northern, for Morris Johnson, for Roderic Rooks, motion requesting notice of the prosecutions intention to offer other crimes, wrongs and bad acts evidence by Morris Johnson [94-1] for 2:00 5/8/01 for Donnie Northern, for Morris Johnson, for Roderic Rooks (RH) (Entered: 04/02/2001) |
| 03/30/2001 | 108 | PETITION by USA as to defendant Keith Presley for writ of habeas corpus ad testificandum for Deon Griffin to appear on 4/30/01 at 9:00 a.m. as to defendant Keith Presley WI (PP) (Entered: 04/02/2001) |
| 03/30/2001 | 109 | ORDER by Magistrate Judge Thomas A. Carlson as to defendant Keith Presley granting petition for writ of habeas corpus ad testificandum for Deon Griffin to appear on 4/30/01 at 9:00 a.m. as to defendant Keith Presley by USA [108-1] [EOD Date 4/2/01] (PP) (Entered: 04/02/2001) |
| 04/10/2001 | 110 | RULE 11 plea agreement by defendant Antoine Trapp (ew) (Entered: 04/11/2001) |
| 04/10/2001 | 111 | RULE 11 plea agreement by defendant Andre Abrams (ew) (Entered: 04/11/2001) |
| 04/10/2001 | 112 | RULE 11 plea agreement by defendant Brian Gresham (ew) (Entered: 04/11/2001) |
| 04/10/2001 | 113 | RULE 11 plea agreement by defendant Russell Edwards (ew) (Entered: 04/11/2001) |
| 04/10/2001 | | PLEA held as to Antoine Trapp, plea of guilty entered by Antoine Trapp (5) count(s) 1 , defendant Antoine Trapp referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 04/12/2001) |

| 04/10/2001 | | PLEA held - plea of guilty entered by defendant Andre Abrams (6) count 1 defendant referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) Modified on 06/20/2001 (Entered: 04/12/2001) |
|---|---|---|
| 04/10/2001 | | PLEA held as to Brian Gresham, plea of guilty entered by Brian Gresham (8) count(s) 1 , defendant Brian Gresham referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 04/12/2001) |
| 04/10/2001 | | PLEA held as to Russell Edwards, plea of guilty entered by Russell Edwards (11) count(s) 1 , defendant Russell Edwards referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 04/12/2001) |
| 04/10/2001 | | (Court only) PROCEDURAL interval begun for Andre Abrams (6) count(s) 1 of type P5 (pd) (Entered: 06/20/2001) |
| 04/10/2001 | | (Court only) EXCLUDABLE interval of type XE ended (pd) (Entered: 06/20/2001) |
| 04/25/2001 | 114 | NOTICE by defendant Keith Presley of for joinder in motion to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" by Donnie Northern [90-1] with proof of mailing (dh) Modified on 05/30/2001 (Entered: 04/25/2001) |
| 04/30/2001 | 115 | RESPONSE and brief by USA to motion for pretrial hearing to determine admissibility of co-conspirator statements by Julien Burford [80-1] (DT) (Entered: 05/01/2001) |
| 04/30/2001 | 116 | MEMORANDUM IN OPPOSITION by USA to motion for bill of particulars by Morris Johnson [98-1] (DT) (Entered: 05/01/2001) |
| 04/30/2001 | 117 | RESPONSE and brief by USA to motion to dismiss indictment because of duplicity by Julien Burford [79-1] (DT) (Entered: 05/01/2001) |
| 04/30/2001 | 118 | RESPONSE and brief by USA to motion to dismiss indictment by Julien Burford [84-1] (DT) (Entered: 05/01/2001) |
| 04/30/2001 | 119 | PROOF of mailing by defendant Julien Burford of [118-1], [117-1], [116-1], [115-1] (DT) (Entered: 05/01/2001) |
| 05/03/2001 | 120 | RESPONSE by USA to motion for additional discovery of material information regarding Title III electronic surveillance by Donnie Northern [89-1] with brief and proof of mailing (DT) (Entered: 05/03/2001) |
| 05/03/2001 | | RESPONSE by USA to motion for joinder of two indictments by Roderic Rooks [0-1] with brief and proof of mailing (see 00-cr-80523-3, doc. #41) (cm) (Entered: 05/04/2001) |
| 05/08/2001 | | MOTION hearing held as to defendant Keith Presley, defendant Donnie Northern, defendant Morris Johnson, defendant Roderic Rooks on motion to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" by Donnie Northern [90-1], |

| | | |
|---|---|---|
| | | motion to suppress evidence and statements obtained on 3/10/99 by Morris Johnson [96-1], motion to suppress all evidence seized March 10, 1999 from 22705 Leewright due to an invalid search warrant by Morris Johnson [95-1], motion re: prejudicial joinder opf parties by Julien Burford [81-1] - disposition: DENIED - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 05/14/2001) |
| 05/10/2001 | 121 | RULE 11 plea agreement by defendant Tancred Jones (RH) (Entered: 05/11/2001) |
| 05/10/2001 | | PLEA held as to Tancred Jones, plea of guilty entered by Tancred Jones (9) count(s) 1 , defendant Tancred Jones referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 05/14/2001) |
| 05/10/2001 | | PLEA held and continued as to Sidney Zanders to 2:00 5/24/01 for Sidney Zanders - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 05/14/2001) |
| 05/14/2001 | 122 | NOTICE by Judge Cohn's chambers as to defendant Sidney Zanders of setting plea for 2:00 5/24/01 for Sidney Zanders (PP) (Entered: 05/15/2001) |
| 05/14/2001 | 123 | NOTICE as to defendants' Keith Presley, Donnie Northern, Morris Johnson, Roderic Rooks of setting criminal jury trial for 9:00 6/18/01 for Keith Presley, for Donnie Northern, for Morris Johnson, for Roderic Rooks with proof of mailing. (PP) (Entered: 05/15/2001) |
| 05/15/2001 | 124 | ORDER by Judge Avern Cohn as to defendant Donnie Northern, setting unsecured bond in the amount of $10,000 with conditions [EOD Date 5/16/01] (PP) (Entered: 05/16/2001) |
| 05/15/2001 | | MOTION hearing held as to defendant Donnie Northern on M/release on bond - GRANTED - defendant released on $10,000 personal bond - Judge Avern Cohn - Court Reporter: Sheri WArd (jc) (Entered: 05/17/2001) |
| 05/16/2001 | 125 | ORDER by Judge Avern Cohn as to defendants' Donnie Northern, Roderic Rooks denying motion to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" by Donnie Northern [90-1] [EOD Date 5/17/01] (PP) (Entered: 05/17/2001) |
| 05/16/2001 | 126 | ORDER by Judge Avern Cohn as to defendant Morris Johnson denying motion to suppress all evidence seized March 10, 1999 from 22705 Leewright due to an invalid search warrant by Morris Johnson [95-1] [EOD Date 5/17/01] (PP) (Entered: 05/17/2001) |
| 05/16/2001 | 127 | ORDER by Judge Avern Cohn as to defendant Morris Johnson granting in part and denying in part request for evidentiary hearing by Morris Johnson [96-1], granting in part and denying in part motion to suppress evidence and statements obtained on 3/10/99 by Morris Johnson [96-1] [EOD Date 5/17/01] (PP) (Entered: 05/17/2001) |
| 05/16/2001 | | ORDER by Judge Avern Cohn denying motion for joinder of two indictments by Roderic Rooks [0-1] (see 00-80523 #45) [EOD Date |

| | | |
|---|---|---|
| | | 5/22/01] (LS) (Entered: 05/22/2001) |
| 05/16/2001 | | ORDER by Judge Avern Cohn as to Roderic Rooks denying motion to exclude 404(b) evidence (see 00-80523 #44) [EOD Date 5/22/01] (LS) (Entered: 05/22/2001) |
| 05/29/2001 | 128 | ORDER by Judge Avern Cohn denying motion (notice to join) to suppress electronic surveillance because of the failure to establish an statutory "necessity" by Donnie Northern [90-1] by Keith Presley [114-1] [EOD Date 5/30/01] (lh) (Entered: 05/30/2001) |
| 05/29/2001 | | MOTION hearing held as to defendant Keith Presley on motion to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" by Donnie Northern [90-1] - disposition: DENIED - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 05/31/2001) |
| 06/11/2001 | 129 | RULE 11 plea agreement by defendant Sidney Zanders (DT) (Entered: 06/12/2001) |
| 06/11/2001 | | PLEA held as to Sidney Zanders, plea of guilty entered by Sidney Zanders (2) count(s) 1 , defendant Sidney Zanders referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 06/13/2001) |
| 06/12/2001 | 130 | ORDER by Judge Avern Cohn with stipulation determining excludable delay as to Keith Presley, Donnie Northern, Morris Johnson, Roderic Rooks, Julien Burford and, setting criminal jury trial for 8/6/01 (DT) (Entered: 06/13/2001) |
| 06/13/2001 | 131 | ORDER by Judge Avern Cohn with application as to defendant Sidney Zanders for preliminary order of forfeiture [EOD Date: 6/14/01] (DT) (Entered: 06/14/2001) |
| 06/15/2001 | | MOTION by plaintiff USA to schedule case 00-80523 for completion of the guilty plea hearing as to defendant Sidney Zanders with brief and proof of mailing (see document 47 in 00-80756) (dp) Modified on 06/19/2001 (Entered: 06/19/2001) |
| 07/10/2001 | 132 | ORDER by Judge Avern Cohn with stipulation determining excludable delay as to defendants Keith Presley and Morris Johnson and adjourning criminal jury trial to 8/27/01 (lh) (Entered: 07/11/2001) |
| 07/10/2001 | 133 | (Court only) CRIMINAL sealed matter by Judge Avern Cohn (lh) (Entered: 07/11/2001) |
| 07/11/2001 | 134 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Brian Gresham (8) count(s) 1 and dismissing count(s) 9 (time stamp date of 7/12/01) (lh) Modified on 07/13/2001 (Entered: 07/13/2001) |
| 07/11/2001 | | SENTENCING held as to Brian Gresham, defendant Brian Gresham sentenced - Judge Avern Cohn - D/Atty: James Ricotta - AUSA: Maggie Davis - Court Reporter: Sheri WArd (jc) (Entered: 07/16/2001) |

| 07/31/2001 | 135 | (Court only) CRIMINAL sealed matter by Magistrate Judge Virginia M. Morgan as to defendants' Keith Presley, Morris Johnson (PP) (Entered: 08/07/2001) |
|---|---|---|
| 07/31/2001 | 138 | ORDER by Magistrate Judge Virginia M. Morgan with motion, sealing superseding indictment [EOD Date: 8/13/01] (ew) (Entered: 08/13/2001) |
| 08/06/2001 | 136 | ORDER by Judge Avern Cohn as to defendant Andre Abrams, setting sentencing for 2:00 9/20/01 for Andre Abrams [EOD Date 8/7/01] (PP) (Entered: 08/07/2001) |
| 08/09/2001 | 137 | ORDER by Judge Avern Cohn as to defendant Keith Presley, substitution for defendant Keith Presley of attorney Arlene F. Woods in place of attorney David I. Lee [EOD Date 8/10/01] with notice of substitution. (PP) (Entered: 08/10/2001) |
| 08/09/2001 | 139 | ORDER by Judge Avern Cohn with motion, unsealing superseding indicment ordered sealed 7/31/01 [EOD Date: 8/13/01] (ew) (Entered: 08/13/2001) |
| 08/09/2001 | 140 | SUPERSEDING indictment against Keith Presley (1) count(s) 1s, 2s, 12s, Morris Johnson (4) count(s) 1s, 6s, 11s , adding defendant Kevin Davis, defendant Frederick Davis, defendant Charles Eason Kevin Davis (12) count(s) 1, 12, 13, 14, 15, Frederick Davis (13) count(s) 1, 12, Charles Eason (14) count(s) 12, 15 (filed under seal 7/31/01, ordered unsealed 8/9/01) (ew) Modified on 08/13/2001 (Entered: 08/13/2001) |
| 08/09/2001 | 141 | REQUEST by plaintiff USA for warrant as to defendant Keith Presley, defendant Morris Johnson, defendant Kevin Davis, defendant Frederick Davis, defendant Charles Eason with attachments (file stamped 7/31/01 under seal, unsealed 8/9/01) (ew) (Entered: 08/13/2001) |
| 08/09/2001 | | INITIAL appearance by defendant Kevin Davis (12) count(s) 1, 12, 13, 14, 15 before Magistrate Judge Thomas A. Carlson, set Unsecured bond in the amount of 20,000 with conditions - D/Atty: Will retain counsel - AUSA: Kenneth Chadwell - Tape # Carlson 8/9/01 (vs) (Entered: 08/17/2001) |
| 08/09/2001 | | ARRAIGNMENT adjourned to 1:00 8/14/01 for Kevin Davis - Magistrate Judge Thomas A. Carlson - D/Atty: Will retain counsel - AUSA: Kenneth Chadwell - Tape #: Carlson 8/9/01 (vs) (Entered: 08/17/2001) |
| 08/09/2001 | 157 | ORDER by Magistrate Judge Thomas A. Carlson as to defendant Kevin Davis setting unsecured in the amount of $20,000.00 with conditions [EOD Date 8/20/01] (lh) (Entered: 08/20/2001) |
| 08/09/2001 | 158 | BOND as to defendant Kevin Davis in the amount of $20,000.00 unsecured entered (lh) (Entered: 08/20/2001) |
| 08/13/2001 | | INITIAL appearance by defendant Charles Eason (14) count(s) 15 before Magistrate Judge Thomas A. Carlson, set Unsecured bond in the amount of 100,000 with conditions - D/Atty: Leroy Soles - AUSA: Michael Mueller - Tape # Carlson 8/13/01 (vs) (Entered: 08/13/2001) |

| 08/13/2001 |     | ARRAIGNMENT adjourned to 1:00 8/14/01 for Charles Eason - Magistrate Judge Thomas A. Carlson - D/Atty: Leroy Soles - AUSA: Michael Mueller - Tape #: Carlson 8/13/01 (vs) (Entered: 08/13/2001) |
|------------|-----|-----|
| 08/13/2001 | 142 | ORDER by Magistrate Judge Paul J. Komives appointing the Federal Defender Office to represent defendant Charles Eason, with financial affidavit attached (ew) (Entered: 08/14/2001) |
| 08/13/2001 | 143 | ORDER by Magistrate Judge Paul J. Komives as to defendant Charles Eason, setting unsecured bond in the amount of $100,000 with conditions [EOD Date 8/14/01] (ew) (Entered: 08/14/2001) |
| 08/13/2001 | 144 | BOND as to defendant Charles Eason in the amount of $100,000 unsecured entered (ew) (Entered: 08/14/2001) |
| 08/13/2001 | 153 | BOND as to defendant Frederick Davis in the amount of $100,000 unsecured entered (ew) (Entered: 08/15/2001) |
| 08/14/2001 |     | PLEA held as to Donnie Northern, plea of guilty entered by Donnie Northern (3) count(s) 1 , defendant Donnie Northern referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 08/14/2001) |
| 08/14/2001 | 147 | RULE 11 plea agreement by defendant Donnie Northern (ew) (Entered: 08/15/2001) |
| 08/14/2001 | 148 | APPEARANCE for defendant Kevin Davis of attorney N.C. Deday LaRene (ew) (Entered: 08/15/2001) |
| 08/14/2001 | 149 | ACKNOWLEDGEMENT by defendant Kevin Davis and defense counsel of indictment (ew) (Entered: 08/15/2001) |
| 08/14/2001 | 150 | APPEARANCE for defendant Frederick Davis of attorney W. Otis Culpepper (ew) (Entered: 08/15/2001) |
| 08/14/2001 | 151 | ACKNOWLEDGEMENT by defendant Frederick Davis and defense counsel of indictment (ew) (Entered: 08/15/2001) |
| 08/14/2001 | 152 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Frederick Davis, setting unsecured bond in the amount of $100,000 with conditions [EOD Date 8/15/01] (ew) (Entered: 08/15/2001) |
| 08/14/2001 | 154 | APPEARANCE for defendant Charles Eason of attorney Kimberly Lewis (ew) (Entered: 08/15/2001) |
| 08/14/2001 | 155 | ACKNOWLEDGEMENT by defendant Charles Eason and defense counsel of indictment (ew) (Entered: 08/15/2001) |
| 08/14/2001 |     | ARRAIGNMENT concluded, bond continued , plea of not guilty entered by Charles Eason (14) count(s) 12, 15 - Magistrate Judge Donald A. Scheer - D/Atty: Kimberly Lewis - AUSA: Michael Mueller - Tape #: DAS 01-101 (RJ) (Entered: 08/15/2001) |
| 08/14/2001 |     | SCHEDULE: setting pretrial conference for 9:30 8/21/01 for Charles Eason (RJ) (Entered: 08/15/2001) |

| 08/14/2001 | | INITIAL appearance by defendant Frederick Davis (13) count(s) 1, 12 before Magistrate Judge Donald A. Scheer, set unsecured bond in the amount of 100,000 with conditions - D/Atty: Otis Culpepper - AUSA: Michael Mueller - Tape # DAS 01-101 (RJ) (Entered: 08/15/2001) |
|---|---|---|
| 08/14/2001 | | ARRAIGNMENT held, plea of not guilty entered by Frederick Davis (13) count(s) 1, 12 - Magistrate Judge Donald A. Scheer - D/Atty: Otis Culpepper - AUSA: Michael Mueller - Tape #: DAS 01-101 (RJ) (Entered: 08/15/2001) |
| 08/14/2001 | | SCHEDULE: setting pretrial conference for 9:30 8/23/01 for Frederick Davis (RJ) (Entered: 08/15/2001) |
| 08/14/2001 | | ARRAIGNMENT concluded, bond continued , plea of not guilty entered by Kevin Davis (12) count(s) 1, 12, 13, 14, 15 - Magistrate Judge Donald A. Scheer - D/Atty: N.C. Deday Larene - AUSA: Michael Mueller - Tape #: DAS 01-101 (RJ) (Entered: 08/17/2001) |
| 08/14/2001 | | SCHEDULE: setting pretrial conference for 9:30 8/23/01 for Kevin Davis (RJ) (Entered: 08/17/2001) |
| 08/15/2001 | 156 | RULE 11 plea agreement by defendant Roderic Rooks (ew) (Entered: 08/15/2001) |
| 08/15/2001 | | PLEA held as to Roderic Rooks, plea of guilty entered by Roderic Rooks (7) count(s) 1 , defendant Roderic Rooks referred to probation - Judge Avern Cohn - Court Reporter: Sheri WArd (jc) (Entered: 08/16/2001) |
| 08/17/2001 | | PLEA held as to Julien Burford, plea of guilty entered by Julien Burford (10) count(s) 1 , defendant Julien Burford referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 08/17/2001) |
| 08/17/2001 | 159 | RULE 11 plea agreement by defendant Julien Burford (lh) (Entered: 08/20/2001) |
| 08/17/2001 | | TRANSCRIPT as to defendant Sidney Zanders taken on 06/11/01 of plea hearing (see document 54 in 00-80523) (dp) (Entered: 08/21/2001) |
| 08/23/2001 | | ARRAIGNMENT held, detention continued , plea of not guilty entered by Keith Presley (1) count(s) 1s, 2s, 12s - Magistrate Judge Donald A. Scheer - D/Atty: Arlene Woods - AUSA: Margaret Davis - Tape #: DAS 01-105 (RJ) (Entered: 08/23/2001) |
| 08/23/2001 | | SCHEDULE: setting pretrial conference for 9:45 9/4/01 for Keith Presley (RJ) (Entered: 08/23/2001) |
| 08/23/2001 | 160 | APPEARANCE for defendant Keith Presley of attorney Arlene F. Woods (lh) (Entered: 08/24/2001) |
| 08/23/2001 | 161 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Keith Presley for detention pending trial [EOD Date 8/24/01] (lh) (Entered: 08/24/2001) |
| 08/23/2001 | 162 | ACKNOWLEDGEMENT by defendant Keith Presley and defense counsel Arlene F. Woods, of indictment (lh) (Entered: 08/24/2001) |

| 08/23/2001 |     | PRETRIAL conference held as to defendant Kevin Davis - Magistrate Judge Donald A. Scheer (RJ) (Entered: 08/27/2001) |
|------------|-----|---|
| 08/23/2001 |     | PRETRIAL conference held as to defendant Frederick Davis - Magistrate Judge Donald A. Scheer (RJ) Modified on 08/27/2001 (Entered: 08/27/2001) |
| 08/23/2001 |     | PRETRIAL conference held as to defendant Charles Eason - Magistrate Judge Donald A. Scheer (RJ) Modified on 08/27/2001 (Entered: 08/27/2001) |
| 08/23/2001 | 165 | APPOINTMENT for defendant Charles Eason of attorney in place of attorney Federal Defender for Charles Eason Voucher # 2991 (dh) (Entered: 08/29/2001) |
| 08/27/2001 | 163 | ORDER by Judge Avern Cohn as to defendant Brian Gresham, setting extended deadline for time to report to designated institution for 2:00 9/17/01 for Brian Gresham [EOD Date 8/28/01] (dh) (Entered: 08/28/2001) |
| 08/27/2001 | 164 | ORDER by Judge Avern Cohn with stipulation determining excludable delay as to defendants and, extending deadline for filing motions for 45 days (dh) (Entered: 08/28/2001) |
| 09/04/2001 |     | PRETRIAL conference held as to defendant Keith Presley - Magistrate Judge Thomas A. Carlson (vs) (Entered: 09/04/2001) |
| 09/26/2001 | 166 | ORDER by Judge Avern Cohn with stipulation, for extension of time to file further pre-trial motions and dispositive motions [EOD Date: 9/28/01] (ew) (Entered: 09/28/2001) |
| 09/27/2001 |     | ARRAIGNMENT held, plea of not guilty entered by Morris Johnson (4) count(s) 11s, 6s, 1s Bond Continued - Magistrate Judge Paul J. Komives - D/Atty: Anthony Chambers - AUSA: Stephen Robinson - Tape #: PJK 0927 - LAP 780 (mv) Modified on 09/27/2001 (Entered: 09/27/2001) |
| 09/27/2001 | 167 | ACKNOWLEDGMENT by defendant Morris Johnson and defense counsel of indictment (lh) (Entered: 10/02/2001) |
| 10/03/2001 | 168 | SENTENCING memorandum as to defendant Russell Edwards with proof of mailing (lh) (Entered: 10/03/2001) |
| 10/04/2001 | 169 | ORDER by Judge Avern Cohn with stipulation determining excludable delay as to Kevin Davis and extending motion cutoff date until 11/15/01 (lh) (Entered: 10/10/2001) |
| 10/04/2001 | 170 | AUTHORIZATION by Judge Avern Cohn to pay David I. Lee attorney for defendant Keith Presley Voucher # 1410 (RH) (Entered: 10/15/2001) |
| 10/15/2001 |     | SENTENCING held and continued as to Russell Edwards - Judge Avern Cohn - D/Atty: Jeffrey Kelleher - AUSA: Maggie Davis - Court Reporter: Sheri WArd (jc) (Entered: 10/17/2001) |
| 10/18/2001 | 171 | WARRANT for arrest returned on 8/14/01 as to defendant Frederick Davis (DT) (Entered: 10/18/2001) |

| 10/18/2001 | 172 | WARRANT for arrest returned executed by David Murphy on 8/9/01 as to defendant Kevin Davis (DT) (Entered: 10/18/2001) |
|---|---|---|
| 10/18/2001 | 173 | WARRANT for arrest returned executed by DEO-USMS on 8/13/01 as to defendant Charles Eason (DT) (Entered: 10/18/2001) |
| 11/02/2001 | 174 | MOTION by defendant Keith Presley for extension of time to file further pre-trial motions and dispositive motions with brief and exhibits (ew) (Entered: 11/06/2001) |
| 11/05/2001 | 175 | NOTICE as to Keith Presley, Sidney Zanders, Morris Johnson, Kevin Davis, Frederick Davis, Charles Eason of setting pretrial conference for 2:00 11/20/01 (ew) (Entered: 11/06/2001) |
| 11/07/2001 | 176 | NOTICE as to Keith Presley, Morris Johnson, Kevin Davis, Frederick Davis, Charles Eason of setting criminal jury trial for 9:00 1/7/02 (ew) Modified on 07/25/2003 (Entered: 11/09/2001) |
| 11/14/2001 | 177 | ORDER by Judge Avern Cohn with stipulation determining excludable delay as to defendant Kevin Davis and extending motion cutoff date until 11/22/01 (lh) (Entered: 11/21/2001) |
| 11/26/2001 | | TRANSCRIPT as to defendant Sidney Zanders taken on 9/5/01 of motion hearing (see document entry #61 in 00-80523) (kg) (Entered: 11/27/2001) |
| 11/26/2001 | 178 | MOTION and brief by Kevin Davis for severance of forfeiture allegations (DT) (Entered: 11/27/2001) |
| 11/26/2001 | 179 | MOTION and brief by Kevin Davis to hold enhanced penalty provisions of 21 USC 841 unconstitutional (DT) (Entered: 11/27/2001) |
| 11/26/2001 | 180 | MOTION by Kevin Davis for evidentiary hearing and to suppress evidence with brief and attachments (DT) (Entered: 11/27/2001) |
| 11/26/2001 | 181 | MOTION by Kevin Davis regarding voir dire procedures with brief and attachment (DT) (Entered: 11/27/2001) |
| 11/26/2001 | 182 | NOTICE by defendant Kevin Davis of joinder in motion to suppress electronic surveillance because of the failure to establish an adequate statutory "necessity" by Donnie Northern [90-1] (DT) (Entered: 11/27/2001) |
| 11/26/2001 | 183 | NOTICE by defendant Kevin Davis of hearing on motion regarding voir dire procedures [181-1], motion for evidentiary hearing [180-1], motion to suppress evidence [180-2], motion to hold enhanced penalty provisions of 21 USC 841 unconstitutional [179-1] and motion for severance of forfeiture allegations [178-1] (DT) (Entered: 11/27/2001) |
| 11/26/2001 | 184 | PROOF of mailing by defendant Kevin Davis of [183-1], [182-1], [181-1], [180-1], [180-2], [179-1], [178-1] (DT) (Entered: 11/27/2001) |
| 11/27/2001 | 185 | NOTICE by defendant Frederick Davis of joinder in defendant Kevin Davis' motion regarding voir dire procedures [181-1], motion for evidentiary hearing [180-1], motion to suppress evidence [180-2], |

| | | |
|---|---|---|
| | | motion to hold enhanced penalty provisions of 21 USC 841 unconstitutional [179-1] with proof of mailing (DT) (Entered: 11/28/2001) |
| 11/28/2001 | 186 | NOTICE of setting criminal jury trial for 9:00 am on 1/22/02 for Keith Presley, Morris Johnson, Kevin Davis and Frederick Davis with proof of mailing (DT) Modified on 07/25/2003 (Entered: 11/29/2001) |
| 11/28/2001 | 187 | NOTICE of setting hearing on motion for evidentiary hearing [180-1] and motion to suppress evidence [180-2] for 10:00 am on 12/17/01 for Kevin Davis and Frederick Davis with proof of mailing (DT) (Entered: 11/29/2001) |
| 12/04/2001 | 188 | TRANSCRIPT as to defendant Sidney Zanders taken on 07/30/01 of motion to withdraw (dh) (Entered: 12/05/2001) |
| 12/06/2001 | 189 | TRANSCRIPT as to defendant Sidney Zanders taken on 11/13/00 of arraignment (dh) (Entered: 12/06/2001) |
| 12/06/2001 | 192 | ORDER by Magistrate Judge Donald A. Scheer with motion as to defendant Holly Baskins-Spear, sealing indictment and arrest warrant [EOD Date: 1/4/02] (PP) (Entered: 01/04/2002) |
| 12/13/2001 | 190 | RESPONSE by plaintiff USA as to defendant Kevin Davis to motion for evidentiary hearing by Kevin Davis [180-1] and motion to suppress evidence by Kevin Davis [180-2], with brief, exhibits A,B and proof of mailing (RH) (Entered: 12/14/2001) |
| 12/17/2001 | 191 | ORDER by Judge Avern Cohn with motion as to defendants', unsealing documents filed 12/6/01, for inspection and photocopying and then resealed [EOD Date: 12/18/01] (PP) (Entered: 12/18/2001) |
| 12/17/2001 | | MOTION hearing held as to defendant Kevin Davis, defendant Frederick Davis on motion for evidentiary hearing by Kevin Davis [180-1] to 9:00 1/11/02 for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri WArd (jc) (Entered: 12/20/2001) |
| 01/03/2002 | <u>194</u> | SUPERSEDING indictment(timestamped 12/6/01) against Keith Presley (1) count(s) 1ss, 2ss, 12ss, Morris Johnson (4) count(s) 1ss, 6ss, 11ss, Kevin Davis (12) count(s) 1s, 12s, 13s-14s, 15s, Frederick Davis (13) count(s) 1s, 12s, Charles Eason (14) count(s) 12s, 15s , adding defendant Holly Baskins-Spear Holly Baskins-Spear (15) count(s) 1 (PP) (Entered: 01/04/2002) |
| 01/03/2002 | <u>193</u> | ORDER by Judge Avern Cohn with motion as to defendant Holly Baskins-Spear, unsealing indictment and arrest warrant [EOD Date: 1/4/02] (PP) (Entered: 01/04/2002) |
| 01/03/2002 | 195 | REQUEST(timestamped 12/6/01) by USA as to defendant Holly Baskins-Spear for warrant as to defendant Holly Baskins-Spear with copy of warrant (PP) (Entered: 01/04/2002) |
| 01/04/2002 | 197 | ORDER by Judge Avern Cohn with stipulation as to defendant Kevin Davis granting motion to inspect petit jury lists [181-1] [EOD Date: |

| | | 1/8/02] (PP) (Entered: 01/08/2002) |
|---|---|---|
| 01/07/2002 | 196 | ORDER by Judge Avern Cohn with stipulation as to defendant Kevin Davis allowing inspection and copying of jury questionnaires [181-1] [EOD Date: 1/8/02] (PP) (Entered: 01/08/2002) |
| 01/07/2002 | 198 | MOTION by USA as to defendant Kevin Davis for hearing to resolve conflict of interest issues with memorandum, and proof of mailing. (PP) (Entered: 01/08/2002) |
| 01/07/2002 | 199 | RESPONSE and memorandum by USA as to defendant Kevin Davis to motion to hold enhanced penalty provisions of 21 USC 841 unconstitutional by Kevin Davis [179-1] with proof of mailing (PP) (Entered: 01/08/2002) |
| 01/07/2002 | 200 | TRANSCRIPT as to defendant Kevin Davis, defendant Frederick Davis taken on 12/17/01 of Motion to Suppress - Volume I (PP) (Entered: 01/08/2002) |
| 01/09/2002 | | INITIAL appearance by defendant Holly Baskins-Spear (15) count(s) 1 before Magistrate Judge Donald A. Scheer, set unsecured bond in the amount of $4,500.00 with conditions - D/Atty: Alexander Luvall - AUSA: Maggy Davis - Tape # DAS 02-003 (gw) (Entered: 01/10/2002) |
| 01/09/2002 | | ARRAIGNMENT held, plea of not guilty entered by Holly Baskins-Spear (15) count(s) 1 , bond continued - Magistrate Judge Donald A. Scheer - D/Atty: Alexander Luvall - AUSA: Maggy Davis - Tape #: DAS 02-003 (gw) (Entered: 01/10/2002) |
| 01/09/2002 | 201 | TRANSCRIPT as to defendant Tancred Jones taken on 5/10/01 of Plea Hearing (PP) (Entered: 01/10/2002) |
| 01/09/2002 | 204 | APPEARANCE for defendant Holly Baskins-Spear of attorney Alexander N. Luvall (dh) (Entered: 01/15/2002) |
| 01/09/2002 | 205 | ACKNOWLEDGMENT by defendant Holly Baskins-Spear and defense counsel of indictment (dh) (Entered: 01/15/2002) |
| 01/09/2002 | 206 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Holly Baskins-Spear, setting unsecurity bond in the amount of $4500.00 with conditions [EOD Date 1/15/02] (dh) (Entered: 01/15/2002) |
| 01/09/2002 | 207 | BOND as to defendant Holly Baskins-Spear in the amount of $4500.00 unsecured entered (dh) (Entered: 01/15/2002) |
| 01/11/2002 | | MOTION hearing held as to defendant Kevin Davis on motion for evidentiary hearing by Kevin Davis [180-1], motion to suppress evidence by Kevin Davis [180-2] - disposition: taken under advisement - Judge Avern Cohn - Court Reporter: Sheri Ward (ls) (Entered: 01/11/2002) |
| 01/11/2002 | 202 | CONSENT JUDGMENT by Judge Avern Cohn with stipulation as to defendant Sidney Zanders, as to the interest of Nydra Rambus in forfeited property [EOD Date: 1/14/02] (dh) (Entered: 01/14/2002) |
| 01/14/2002 | 203 | TRANSCRIPT as to Kevin Davis, Frederick Davis taken on 01/11/02 of |

| | | motion to suppress (dh) (Entered: 01/15/2002) |
|---|---|---|
| 01/14/2002 | 208 | SUPPLEMENTAL memorandum by plaintiff USA motion response by USA [190-1] (dh) (Entered: 01/15/2002) |
| 01/16/2002 | 209 | POST HEARING MEMORANDUM by defendant Kevin Davis in support of motion for evidentiary hearing [180-1], motion to suppress evidence [180-2] with proof of mailing (dh) (Entered: 01/16/2002) |
| 01/17/2002 | 210 | RESPONSE by plaintiff USA as to defendant Kevin Davis to motion regarding voir dire procedures by Kevin Davis [181-1] with attachments, exhibit B (dh) (Entered: 01/18/2002) |
| 01/17/2002 | 211 | PROPOSED VOIR DIRE questions by plaintiff USA as to defendant Kevin Davis (dh) (Entered: 01/18/2002) |
| 01/17/2002 | 212 | MOTION by defendant Keith Presley in limine number 1, defense motion to bar the introduction of evidence with attachments (dh) (Entered: 01/18/2002) |
| 01/17/2002 | 213 | MOTION by defendant Keith Presley in limine number 2, defense motion to bar the indtroduction of evidence (dh) (Entered: 01/18/2002) |
| 01/17/2002 | 214 | MOTION by defendant Keith Presley to quash arrest and to suppress evidence (dh) (Entered: 01/18/2002) |
| 01/17/2002 | | PRETRIAL conference held as to defendant Holly Baskins-Spear - Magistrate Judge Paul J. Komives (gw) (Entered: 01/18/2002) |
| 01/22/2002 | 215 | RESPONSE by USA to motion in limine number 1, defense motion to bar the introduction of evidence by Keith Presley [212-1] with brief, attachments and proof of mailing (DT) (Entered: 01/23/2002) |
| 01/22/2002 | 216 | COMBINED RESPONSE and brief by USA to motion to quash arrest [214-1], motion to suppress evidence [214-2] and motion in limine number 2, defense motion to bar the indtroduction of evidence by Keith Presley [213-1] with proof of mailing (DT) (Entered: 01/23/2002) |
| 01/22/2002 | 218 | ORDER by Judge Avern Cohn, with stipulation, regarding severance and adjourning the trial date and determining excludable delay as to defendant Morris Johnson and (DT) (Entered: 01/25/2002) |
| 01/22/2002 | | MOTION hearing held as to defendant Kevin Davis on motion to suppress evidence by Keith Presley [214-2] - disposition: DENIED - Judge Avern Cohn - Court Reporter: Sheri WArd (jc) (Entered: 01/25/2002) |
| 01/23/2002 | 217 | RULE 11 plea agreement by defendant Charles Eason (DT) (Entered: 01/24/2002) |
| 01/23/2002 | 219 | ORDER by Judge Avern Cohn with stipulation determining excludable delay, regarding severance , adjourning the trial date and extending deadline for filing motion to suppress to 2/15/02 (DT) (Entered: 01/25/2002) |

| 01/23/2002 | | PLEA held as to Charles Eason, plea of guilty entered by Charles Eason (14) count(s) 12s , defendant Charles Eason referred to probation - Judge Avern Cohn - Court Reporter: Sheri WArd (jc) (Entered: 01/25/2002) |
| --- | --- | --- |
| 01/24/2002 | 220 | NOTICE by USA as to Keith Presley, Kevin Davis, Frederick Davis of intent to use an evidence presentation system and a computerized litigation support system at trial (DT) (Entered: 01/25/2002) |
| 01/24/2002 | <u>221</u> | ORDER by Judge Avern Cohn allowing use of computers and cell phones in courtroom during trial [EOD Date 1/25/02] (DT) (Entered: 01/25/2002) |
| 01/24/2002 | 222 | VOIR DIRE questions by defendant Kevin Davis (DT) (Entered: 01/25/2002) |
| 01/24/2002 | | VOIR DIRE held as to Keith Presley, Kevin Davis, Frederick Davis before Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 01/25/2002) |
| 01/24/2002 | | JURY impanelment held as to Keith Presley, Kevin Davis, Frederick Davis before Judge Avern Cohn -Court Reporter: Sheri WArd (jc) (Entered: 01/25/2002) |
| 01/24/2002 | <u>227</u> | ORDER by Judge Avern Cohn with motion unsealing the proceedings before US Magistrate Komives on 1/17/02, regarding the detentionn on material witness warrant 02-x-70197 of the witness Thomas Joseph Patrick [EOD Date: 2/4/02] (DT) (Entered: 02/04/2002) |
| 01/28/2002 | | JURY sworn before Judge Avern Cohn as to defendant Keith Presley, defendant Kevin Davis, defendant Frederick Davis - Court Reporter: Sheri Ward (jo) (Entered: 01/28/2002) |
| 01/28/2002 | 223 | WITNESS list by plaintiff USA as to defendant Kevin Davis (RH) (Entered: 01/28/2002) |
| 01/28/2002 | 224 | EXHIBIT list by plaintiff USA as to defendant Kevin Davis (RH) (Entered: 01/28/2002) |
| 01/28/2002 | <u>225</u> | TRIAL memorandum by defendant Kevin Davis regarding "co-conspirator" statements (DT) (Entered: 01/29/2002) |
| 01/28/2002 | | CRIMINAL jury trial begun and continued to 9:00 1/29/02 for Keith Presley, for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri (jo) Modified on 01/29/2002 (Entered: 01/29/2002) |
| 01/29/2002 | | CRIMINAL jury trial continued to 9:00 1/30/02 for Keith Presley, for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri Ward (jo) (Entered: 01/30/2002) |
| 01/29/2002 | 226 | NOTICE by plaintiff USA as to defendant Keith Presley, defendant Kevin Davis, defendant Frederick Davis of for of expert witness testimony provide pursuant to Rule 16(a0(1)(E) , with exhibit D and proof of mailing. (RH) (Entered: 01/30/2002) |

| 01/30/2002 | | CIVIL jury trial held and continued to 9:00 2/4/02 - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 02/01/2002) |
|---|---|---|
| 01/30/2002 | 234 | ORDER by Judge Avern Cohn requiring disclosure of entire social security file for Thomas J. Patrick material witness [EOD Date 2/5/02] (RH) (Entered: 02/05/2002) |
| 02/01/2002 | 228 | ORDER by Judge Avern Cohn to release evidence from custody of the Chicago Police Department to the custody of agents from the Drug Enforcement Administration with attachments [EOD Date 2/4/02] (lh) (Entered: 02/04/2002) |
| 02/01/2002 | 229 | TRANSCRIPT as to defendant Kevin Davis taken on 1/22/02 of Telephonic Hearing on Motions (lh) (Entered: 02/04/2002) |
| 02/01/2002 | 230 | TRANSCRIPT as to defendant Charles Eason taken on 1/23/02 of Plea Hearing (lh) (Entered: 02/04/2002) |
| 02/04/2002 | 231 | MOTION by defendant Kevin Davis in limine to exclude "dog-sniff" evidence with incorporated brief (lh) (Entered: 02/05/2002) |
| 02/04/2002 | 232 | RESPONSE by plaintiff USA to defendant Kevin Davis' notice of intent to question witness regarding criminal convictions more that ten years with proof of mailing (lh) (Entered: 02/05/2002) |
| 02/04/2002 | 233 | MOTION and brief by plaintiff USA as to defendant Keith Presley for reciprocal discovery pursuant to FRCP 16(b) with proof of mailing (lh) (Entered: 02/05/2002) |
| 02/04/2002 | | CRIMINAL jury trial held and continued to 9:00 2/5/02 for Keith Presley, for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri WArd (jc) (Entered: 02/08/2002) |
| 02/05/2002 | 235 | MOTION by Keith Presley, Kevin Davis and Frederick Davis in limine no. 3 - defense motion to bar the introduction of evidence newspaper article recovered on 12/17/99 (no brief) (lh) (Entered: 02/07/2002) |
| 02/05/2002 | 236 | MEMORANDUM opinion and order by Judge Avern Cohn denying motion to suppress evidence by Keith Presley [214-2] [EOD Date: 2/7/02] (lh) (Entered: 02/07/2002) |
| 02/05/2002 | | CRIMINAL jury trial held and continued to 9:00 2/6/02 for Keith Presley, for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri WArd (jc) (Entered: 02/08/2002) |
| 02/05/2002 | 244 | RETURN of service of Consent Judgment executed by US Marshal on 2/6/02 as to defendant Sidney Zanders (RH) (Entered: 02/20/2002) |
| 02/06/2002 | | CRIMINAL jury trial held and continued to 9:00 2/7/02 for Keith Presley, for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 02/08/2002) |
| 02/07/2002 | | CRIMINAL jury trial held and continued to 9:00 2/8/02 for Keith Presley, for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 02/08/2002) |

| | | |
|---|---|---|
| 02/07/2002 | 237 | APPLICATION by plaintiff USA as to defendant, plaintiff for order compelling witness Fred Davidson to testify and provide information (RH) (Entered: 02/08/2002) |
| 02/07/2002 | 238 | ORDER by Judge Avern Cohn as to defendants granting application for order compelling witness Fred Davidson to testify and provide information by plaintiff [237-1] [EOD Date 2/8/02] (RH) (Entered: 02/08/2002) |
| 02/07/2002 | 239 | APPLICATION by plaintiff USA as to defendants for for order compelling witness John Walter Payne III to testify and provide information (RH) (Entered: 02/08/2002) |
| 02/07/2002 | 240 | ORDER by Judge Avern Cohn granting application for for order compelling witness John Walter Payne III to testify and provide information by plaintiff [239-1] [EOD Date 2/8/02] (RH) (Entered: 02/08/2002) |
| 02/08/2002 | | CRIMINAL jury trial held and continued to 9:00 2/12/02 for Keith Presley, for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 02/08/2002) |
| 02/08/2002 | 241 | AFFIDAVIT of publication as to defendant Sidney Zanders (ew) (Entered: 02/11/2002) |
| 02/12/2002 | | CRIMINAL jury trial held and continued to 9:00 2/13/02 for Keith Presley, for Kevin Davis, for Frederick Davis - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 02/12/2002) |
| 02/12/2002 | | FINAL order by Judge Avern Cohn with application as to defendant Sidney Zanders for forfeiture (see order for complete provisions - document 66 in 00-80523) [EOD Date: 2/14/02] (dp) (Entered: 02/14/2002) |
| 02/13/2002 | | JURY deliberations begun and continued as to Keith Presley, Kevin Davis, Frederick Davis to 9:00 2/14/02 (jc) (Entered: 02/14/2002) |
| 02/14/2002 | | JURY deliberations held and continued as to Keith Presley, Kevin Davis, Frederick Davis to 9:00 2/15/02 (jc) (Entered: 02/14/2002) |
| 02/14/2002 | 242 | NOTICE as to defendant Morris Johnson of rescheduled plea set for 2:00 2/26/02 for Morris Johnson (ew) (Entered: 02/15/2002) |
| 02/15/2002 | 243 | ORDER by Judge Avern Cohn with stipulation determining excludable delay as to defendant Holly Baskins-Spear and, resetting deadline for filing motions for 3/15/02 (PP) (Entered: 02/19/2002) |
| 02/15/2002 | | JURY deliberations held and continued as to Keith Presley, Kevin Davis, Frederick Davis to 9:00 2/19/02 (jc) (Entered: 02/22/2002) |
| 02/19/2002 | 245 | WARRANT for arrest returned unexecuted as to defendant Frederick Davis (PP) (Entered: 02/20/2002) |
| 02/19/2002 | 246 | WARRANT for arrest returned executed by Agent on 1/10/01 as to defendant Keith Presley (PP) (Entered: 02/22/2002) |

| 02/19/2002 | 247 | WARRANT for arrest returned executed by Agent on 10/16/00 as to defendant Tancred Jones (PP) (Entered: 02/22/2002) |
|---|---|---|
| 02/19/2002 | | JURY deliberations concluded as to Keith Presley (jc) (Entered: 02/22/2002) |
| 02/19/2002 | | JURY verdict, of guilty entered as to Keith Presley (1) count(s) 1ss, 2ss, 12ss , defendant Keith Presley referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 02/22/2002) |
| 02/19/2002 | | JURY verdict, of guilty entered as to Kevin Davis (12) count(s) 1s, 12s, 15s , of not guilty entered as to Kevin Davis (12) count(s) 13s-14s - Judge Avern Cohn - Court Reporter: Sheri Ward. Deft referred to probation for presentence report. Deliberations continue on forfeiture Hung jury as to quantity. (jc) (Entered: 02/22/2002) |
| 02/19/2002 | | JURY verdict, of not guilty entered as to Frederick Davis (13) count(s) 1s, 12s - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 02/22/2002) |
| 02/22/2002 | 248 | VERDICT form as to defendants' Keith Presley, Kevin Davis, Frederick Davis (PP) (Entered: 02/25/2002) |
| 02/22/2002 | 249 | SPECIAL verdict form as to defendant Kevin Davis (PP) (Entered: 02/25/2002) |
| 02/22/2002 | 250 | JUDGMENT of acquittal by Judge Avern Cohn acquitting Frederick Davis (13) count(s) 1, 1s, 12, 12s (pd) (Entered: 07/25/2003) |
| 02/27/2002 | 251 | NOTICE by Judge Cohn's chambers as to defendant Holly Baskins-Spear of setting criminal jury trial for 9:00 4/11/02 for Holly Baskins-Spear with proof of mailing. (PP) (Entered: 02/28/2002) |
| 03/01/2002 | 252 | RULE 11 plea agreement by defendant Morris Johnson (dh) (Entered: 03/04/2002) |
| 03/01/2002 | 253 | ORDER by Judge Avern Cohn as to defendant Kevin Davis, of writ of entry on premises at 6960 Leslee Crest Drive, West Bloomfield, Michigan [EOD Date 3/4/02] (dh) (Entered: 03/04/2002) |
| 03/01/2002 | | PLEA held as to Morris Johnson, plea of guilty entered by Morris Johnson (4) count(s) 1ss , defendant Morris Johnson referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 03/05/2002) |
| 03/19/2002 | 254 | MOTION #1 by defendant Holly Baskins-Spear to quash set aside , dismiss and hold for naught Count I of the second superseding indictment , with petition in support and attachments. (RH) Modified on 03/20/2002 (Entered: 03/20/2002) |
| 03/19/2002 | 255 | MOTION #2 by defendant Holly Baskins-Sper to exclude and bar the admission of judicially ordered suppressed evidence , with petition in support and exhibits. (RH) (Entered: 03/20/2002) |
| 03/19/2002 | 256 | MOTION #3 by defendant Holly Baskins-Spear to suppress evidence , |

| | | with proof of mailing. (RH) (Entered: 03/20/2002) |
|---|---|---|
| 03/19/2002 | 257 | MOTION #4 by defendant Holly Baskins-Spear notice of reqeust for exculpatory and impeaching information (RH) (Entered: 03/20/2002) |
| 03/19/2002 | 258 | NOTICE by defendant Holly Baskins-Spear in compliance with standing order for discovery and inspection (RH) (Entered: 03/20/2002) |
| 03/19/2002 | 259 | NOTICE by defendant Holly Baskins-Spear of hearing on notice in compliance with standing order for discovery and inspection by Holly Baskins-Spear [258-1], motion notice of reqeust for exculpatory and impeaching information by Holly Baskins-Spear [257-1], motion to suppress evidence by Holly Baskins-Spear [256-1], motion to exclude and bar the admission of judically ordered suppressed evidence by Holly Baskins-Spear [255-1], motion to quash set aside by Holly Baskins-Spear [254-1], motion dismiss and hold for naught Count I of the second superseding indictment by Holly Baskins-Spear [254-2] (date not set) (RH) (Entered: 03/20/2002) |
| 03/20/2002 | | SENTENCING held as to Sidney Zanders, defendant Sidney Zanders sentenced - Judge Avern Cohn - D/Atty: Ed Wishnow - AUSA: Maggie Davis - Court Reporter: Sheri Ward (jc) (Entered: 03/22/2002) |
| 03/20/2002 | 273 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Sidney Zanders (2) count(s) 1 , to dismiss count(s) 3 (time stamped 3/21/02) (RH) (Entered: 04/01/2002) |
| 03/20/2002 | | (Court only) PROCEDURAL interval begun for Sidney Zanders (2) count(s) 3 of type P9 (pd) (Entered: 04/25/2002) |
| 03/20/2002 | | (Court only) ADDED disposition text to correct docket entry as to defendant Sidney Zanders (pd) (Entered: 04/25/2002) |
| 03/21/2002 | 260 | MOTION by plaintiff USA as to defendant Andre Abrams for downward departure with brief and proof of mailing. (RH) (Entered: 03/21/2002) |
| 03/21/2002 | 261 | MOTION by defendant Antoine Trapp for downward departure with brief and proof of mailing. (RH) (Entered: 03/21/2002) |
| 03/21/2002 | 262 | MOTION by plaintiff USA as to defendant Tancred Jones for downward departure with brief and proof of mailingi. (RH) (Entered: 03/21/2002) |
| 03/21/2002 | 263 | MOTION by plaintiff USA as to defendant Julien Burford for downward departure with brief and proof of mailing. (RH) (Entered: 03/21/2002) |
| 03/21/2002 | 264 | SENTENCING memorandum by defendant Tancred Jones (RH) (Entered: 03/22/2002) |
| 03/21/2002 | 265 | MOTION by defendant Keith Presley for new trial , to arrest judgment and for judgment notwithstanding the verdict (RH) (Entered: 03/22/2002) |
| 03/21/2002 | | SENTENCING held as to Antoine Trapp, defendant Antoine Trapp sentenced - Judge Avern Cohn - D/Atty: Ben Gonek - AUSA: Maggie Davis - Court Reporter: Sheri Ward (jc) (Entered: 03/22/2002) |

| 03/21/2002 | | SENTENCING held as to Andre Abrams, defendant Andre Abrams sentenced - Judge Avern Cohn - D/Atty: Sanford Shulman - AUSA: Maggie Davis - Court Reporter: Sheri WArd (jc) (Entered: 03/22/2002) |
|---|---|---|
| 03/21/2002 | | SENTENCING held as to Tancred Jones, defendant Tancred Jones sentenced - Judge Avern Cohn - D/Atty: Sharon Payne - AUSA: Maggie Davis - Court Reporter: Sheri Ward (jc) (Entered: 03/22/2002) |
| 03/21/2002 | | SENTENCING held as to Julien Burford, defendant Julien Burford sentenced - Judge Avern Cohn - D/Atty: James Cooper - AUSA: Maggie Davis - Court Reporter: Sheri Ward (jc) (Entered: 03/22/2002) |
| 03/21/2002 | 266 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Antoine Trapp (5) count(s) 1 and dismissing Antoine Trapp (5) count(s) 7 (Time Stamp Date of 3/22/02) (lh) (Entered: 03/25/2002) |
| 03/21/2002 | 267 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Andre Abrams (6) count(s) 1 and dismissing Abrams (6) count(s) 8 (Time Stamp Date of 3/22/02) (lh) (Entered: 03/25/2002) |
| 03/21/2002 | 268 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Tancred Jones (9) count(s) 1 (Time Stamp Date of 3/22/02) (lh) (Entered: 03/25/2002) |
| 03/21/2002 | 269 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Julien Burford (10) count 1 and dismissing count 10 (Time Stamp Date of 3/22/02) (lh) (Entered: 03/25/2002) |
| 03/26/2002 | 270 | WARRANT for arrest returned executed by U S Marshals on 10/16/00 as to defendant Julien Burford (surrendered) (lh) (Entered: 04/01/2002) |
| 03/26/2002 | 271 | WARRANT for arrest returned (surrendered) on 10/16/00 as to defendant Brian Gresham (lh) (Entered: 04/01/2002) |
| 03/26/2002 | 272 | WARRANT for arrest returned on 10/16/00 as to Russell Edwards (surrendered) (lh) (Entered: 04/01/2002) |
| 03/28/2002 | 274 | RETURN of service of order for forfeiture (see order for complete provisions - document 66 in 00-80523) [0-1] executed by USMS on 2/25/02 (ew) (Entered: 04/01/2002) |
| 04/02/2002 | | SENTENCING held as to Roderic Rooks, defendant Roderic Rooks sentenced - Judge Avern Cohn - D/Atty: Steve Fishman - AUSA: Maggie Davis - Court Reporter: Sheri Ward (jc) (Entered: 04/04/2002) |
| 04/02/2002 | | SENTENCING held as to Donnie Northern, defendant Donnie Northern sentenced - Judge Avern Cohn - D/Atty: Robert Morgan - AUSA: Maggie Davis - Court Reporter: Sheri Ward (jc) (Entered: 04/04/2002) |
| 04/02/2002 | 276 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Donnie Northern (3) count(s) 1 , dismissing Donnie Northern (3) count(s) 4, 5 (ew) (Entered: 04/05/2002) |
| 04/02/2002 | 278 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Roderic Rooks (7) count(s) 1 (ew) (Entered: 04/08/2002) |

| 04/03/2002 | 275 | (Court only) CRIMINAL sealed matter by Judge Avern Cohn as to defendant Russell Edwards (ew) (Entered: 04/04/2002) |
|---|---|---|
| 04/03/2002 | | SENTENCING held as to Russell Edwards, defendant Russell Edwards sentenced - Judge Avern Cohn - D/Atty: Jeffrey Kelleher - AUSA: Maggie Davis - Court Reporter: Sheri Ward (jc) (Entered: 04/04/2002) |
| 04/03/2002 | <u>277</u> | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Russell Edwards (11) count(s) 1 (ew) (Entered: 04/05/2002) |
| 04/08/2002 | 279 | AUTHORIZATION by Judge Avern Cohn to pay Sharon A. Payne attorney for defendant Tancred Jones Voucher # 1477 (ew) (Entered: 04/09/2002) |
| 04/09/2002 | <u>280</u> | ORDER by Judge Avern Cohn as to defendant Andre Abrams, resetting extended deadline for time to report to designated institution for 2:00 5/29/02 for Andre Abrams [EOD Date 4/10/02] (PP) (Entered: 04/10/2002) |
| 04/16/2002 | <u>281</u> | ORDER by Judge Avern Cohn as to defendant Tancred Jones, setting extended deadline for time to report to designated institution for 2:00 5/29/02 for Tancred Jones [EOD Date 4/17/02] (PP) (Entered: 04/17/2002) |
| 04/18/2002 | 282 | WARRANT for arrest returned executed by US Marshal on 4/16/02 as to defendant Sidney Zanders (PP) (Entered: 04/19/2002) |
| 04/29/2002 | 283 | PROOF of service by defendant Kevin Davis of objections to the presentence investigation report by mail (DT) (Entered: 04/30/2002) |
| 04/29/2002 | <u>284</u> | RESPONSE and brief by USA defendant Presley's motion for new trial [265-1], motion to arrest judgment [265-2] and motion for judgment notwithstanding the verdict [265-3] with proof of mailing (DT) (Entered: 04/30/2002) |
| 05/02/2002 | <u>285</u> | ORDER by Judge Avern Cohn as to defendant Roderic Rooks, setting extended deadline for time to report to designated institution for 7/15/02 for Roderic Rooks (copy, original in 00-80523) [EOD Date 5/3/02] (dh) (Entered: 05/03/2002) |
| 05/06/2002 | <u>286</u> | ORDER by Judge Avern Cohn as to defendant Russell Edwards, setting extended deadline for time to report to designated institution for 2:00 5/29/02 [EOD Date 5/7/02] (RH) (Entered: 05/07/2002) |
| 05/10/2002 | 287 | JUDGMENT and commitment order returned as to defendant Julien Burford (lh) (Entered: 05/13/2002) |
| 05/14/2002 | 288 | JUDGMENT and commitment order returned as to defendant Antoine Trapp (lh) (Entered: 05/15/2002) |
| 05/14/2002 | <u>289</u> | MEMORANDUM and order by Judge Avern Cohn denying motion for new trial [265-1], motion to arrest judgment [265-2] and motion for judgment notwithstanding the verdict (of acquittal) by Keith Presley [265-3] with exhibits "A" and "B" [EOD Date: 5/16/02] (lh) (Entered: |

| | | |
|---|---|---|
| | | 05/16/2002) |
| 05/16/2002 | 290 | ORDER by Judge Avern Cohn as to defendant Tancred Jones, setting extended deadline for time to report to designated institution for 2:00 6/26/02 for Tancred Jones [EOD Date 5/17/02] (ew) (Entered: 05/17/2002) |
| 05/17/2002 | 291 | ORDER by Judge Avern Cohn setting extended deadline for time to report to designated institution for 6/25/02 for Donnie Northern [EOD Date 5/20/02] (ew) (Entered: 05/20/2002) |
| 05/20/2002 | 292 | RESPONSE by plaintiff USA to motion to exclude and bar the admission judically ordered suppressed evidence by Holly [255-1] with brief and proof of service (ew) (Entered: 05/21/2002) |
| 05/20/2002 | 293 | RESPONSE by plaintiff USA to motion to quash set aside [254-1], motion dismiss and hold for naught Count I of the second superseding indictment by Holly Baskins-Spear [254-2] with brief and proof of service (ew) (Entered: 05/21/2002) |
| 05/20/2002 | 294 | RESPONSE by plaintiff USA to motion to suppress evidence by Holly Baskins-Spear [256-1] with brief and proof of service (ew) (Entered: 05/21/2002) |
| 05/22/2002 | 295 | NOTICE as to defendant Holly Baskins-Spear of setting hearing on motion to suppress evidence by Holly Baskins-Spear [256-1] for 2:00 6/13/02 for Holly Baskins-Spear, motion to exclude and bar the admission of judicially ordered suppressed evidence by Holly Baskins-Spear [255-1] for 2:00 6/13/02 for Holly Baskins-Spear, motion to quash set aside by Holly Baskins-Spear [254-1] for 2:00 6/13/02 for Holly Baskins-Spear, motion dismiss and hold for naught Count I of the second superseding indictment by Holly Baskins-Spear [254-2] for 2:00 6/13/02 for Holly Baskins-Spear (ew) (Entered: 05/23/2002) |
| 06/07/2002 | 296 | NOTICE from the chambers of Judge Cohn setting criminal jury trial for 9:00 7/9/02 for Holly with proof of service (dh) (Entered: 06/10/2002) |
| 06/11/2002 | 297 | JUDGMENT and commitment order returned as to defendant Russell Edwards (DT) (Entered: 06/12/2002) |
| 06/13/2002 | | MOTION hearing held and continued as to defendant Holly Baskins-Spear on motion to suppress evidence by Holly Baskins-Spear [256-1] to 9:00 7/9/02 for Holly Baskins-Spear - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 06/21/2002) |
| 06/14/2002 | 298 | NOTICE as to defendant Holly Baskins-Spear of continued evidentiary hearing for 9:00 am on 7/9/02 with proof of service (DT) (Entered: 06/17/2002) |
| 06/14/2002 | 299 | NOTICE of rescheduling criminal jury trial for 9:00 am on 7/10/02 for Holly Baskins-Spear with proof of service (DT) (Entered: 06/17/2002) |
| 06/20/2002 | 300 | APPLICATION for entry of preliminary order of forfeiture as to Morris Johnson (cm) (Entered: 06/21/2002) |
| | | |

| 06/20/2002 | 301 | ORDER by Judge Avern Cohn of preliminary forfeiture as to Morris Johnson [300-1] [EOD Date 6/21/02] (cm) (Entered: 06/21/2002) |
| 06/20/2002 | | ORDER by Judge Avern Cohn with application for preliminary forfeiture as to Roderic Rooks [EOD Date: 6/25/02] see case no. 00-80523-03, document no. 77) (cm) (Entered: 06/25/2002) |
| 06/27/2002 | 302 | SUPERSEDING information against Holly Baskins-Spear (15) count(s) 1s (RH) (Entered: 06/28/2002) |
| 06/28/2002 | 303 | COMBINED motion and brief by plaintiff USA as to defendant Charles Eason for substantial assistance downward departure with proof of service (lh) (Entered: 07/02/2002) |
| 07/01/2002 | 304 | ORDER by Judge Avern Cohn denyng motion to quash, set aside [254-1] and to dismiss and hold for naught Count I of the second superseding indictment by Holly Baskins-Spear [254-2] [EOD Date 7/2/02] (lh) (Entered: 07/02/2002) |
| 07/01/2002 | 305 | ORDER by Judge Avern Cohn denying motion to exclude and bar the admission of judicially ordered suppressed evidence by Holly Baskins-Spear [255-1] [EOD Date 7/2/02] (lh) (Entered: 07/02/2002) |
| 07/01/2002 | 306 | WAIVER of indictment by defendant Holly Baskins-Spear and attorney R. Eugene Pincham (lh) Modified on 07/02/2002 (Entered: 07/02/2002) |
| 07/01/2002 | 307 | ACKNOWLEDGMENT by defendant Holly Baskins-Spear and defense counsel R. Eugene Pincham of information (lh) Modified on 07/02/2002 (Entered: 07/02/2002) |
| 07/01/2002 | | PLEA held as to Holly Baskins-Spear, plea of guilty entered by Holly Baskins-Spear (15) count(s) 1s , defendant referred to probation - Judge Avern Cohn - Court Reporter: Sheri Ward (jc) (Entered: 07/12/2002) |
| 07/12/2002 | 308 | AFFIDAVIT of publication as to defendant Roderic Rooks (ew) (Entered: 07/16/2002) |
| 07/16/2002 | 309 | RETURN of service of order [301-1] executed by USMS on 7/9/02 as to defendant Morris Johnson (ew) (Entered: 07/16/2002) |
| 07/23/2002 | | SENTENCING held as to Charles Eason, defendant Charles Eason sentenced - Judge Avern Cohn - D/Atty: Kimberly Lewis - AUSA: Dan Lemisch - Court Reporter: Sheri Ward (jc) (Entered: 07/25/2002) |
| 07/23/2002 | 311 | SENTENCING memorandum by defendant Morris Johnson as to defendant Morris Johnson with attachments, proof of service (dh) (Entered: 07/26/2002) |
| 07/23/2002 | 312 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Charles Eason (14) count(s) 12s , to dismiss Charles Eason (14) count(s) 15s , disposing of count(s) as to Charles Eason (14) count(s) 12, 15 (PP) (Entered: 07/29/2002) |
| 07/23/2002 | | (Court only) JS3 generated (pd) (Entered: 08/02/2002) |

| 07/24/2002 | | SENTENCING held as to Morris Johnson, defendant Morris Johnson sentenced - Judge Avern Cohn - D/Atty: Anthony Chambers - AUSA: Dan Lemisch - Court Reporter: Sheri Ward (jc) (Entered: 07/25/2002) |
|---|---|---|
| 07/24/2002 | 310 | AFFIDAVIT of publication as to defendant Morris Johnson of order [301-1] (dh) (Entered: 07/26/2002) |
| 07/24/2002 | 313 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Morris Johnson (4) count(s) 1ss , to dismiss Morris Johnson (4) count(s) 1, 1s, 6ss, 6 (PP) (Entered: 07/30/2002) |
| 07/24/2002 | 314 | AFFIDAVIT of publication as to defendant Morris Johnson of order for preliminary forfeiture as to Roderic Rooks [0-1] (PP) (Entered: 07/31/2002) |
| 07/24/2002 | | (Court only) JS3 generated (pd) (Entered: 08/02/2002) |
| 07/24/2002 | | (Court only) PROCEDURAL interval begun for Morris Johnson (4) count(s) 6s, 11, 11s, 11ss of type P9 (pd) (Entered: 09/04/2002) |
| 07/24/2002 | | (Court only) ADDED disposition text to correct docket entry as to defendant Morris Johnson (pd) (Entered: 09/04/2002) |
| 08/12/2002 | 315 | TRANSCRIPT as to defendant Holly Baskins-Spear taken on 7/1/02 of plea hearing (DT) (Entered: 08/13/2002) |
| 08/19/2002 | | ORDER by Judge Avern Cohn with application of final order of forfeiture as to Roderic Rooks of the $50,000.00 forfeited to the USA [EOD Date: 8/21/02] (see 00-80523) (LS) (Entered: 08/21/2002) |
| 08/19/2002 | | ORDER by Judge Avern Cohn with application of final order of forfeiture of the $50,000.00 forfeited to the USA as to Roderic Rooks [EOD Date 8/21/02] (see 00-80523 #79) (LS) Modified on 08/21/2002 (Entered: 08/21/2002) |
| 08/20/2002 | 316 | AUTHORIZATION by Judge Avern Cohn to pay Kimberly Lewis attorney for defendant Charles Eason Voucher # 2991 (lh) (Entered: 08/21/2002) |
| 08/23/2002 | 317 | APPLICATION by plaintiff USA as to defendant Morris Johnson for entry of a final order of forfeiture (ew) (Entered: 08/26/2002) |
| 08/23/2002 | 318 | ORDER by Judge Avern Cohn as to defendant Morris Johnson, for final forfeiture as to defendant Morris Johnson [EOD Date 8/26/02] (ew) (Entered: 08/26/2002) |
| 08/29/2002 | 319 | RETURN of service of order for final forfeiture as to defendant Morris Johnson [318-1] executed by US Marshal on 8/28/02 as to defendant Morris Johnson (dh) (Entered: 09/05/2002) |
| 09/03/2002 | 322 | PRELIMINARY ORDER by Judge Avern Cohn as to defendant Kevin Davis, of forfeiture [EOD Date 9/9/02] (RH) (Entered: 09/09/2002) |
| 09/04/2002 | 320 | RETURN of service of order for final forfeiture as to defendant Morris Johnson [318-1] executed by US Marshal on 8/28/02 (dh) (Entered: |

| | | 09/05/2002) |
|---|---|---|
| 09/04/2002 | 321 | RETURN of service of order for final forfeiture as to defendant Morris Johnson [318-1] executed by US Marshal on 8/28/02 (dh) (Entered: 09/05/2002) |
| 09/13/2002 | 323 | OBJECTIONS by USA as to defendant Kevin Davis to provision of free transcripts to the retained attorney for a non-indigent defendant, with proof of service. (PP) (Entered: 09/16/2002) |
| 10/01/2002 | 324 | RETURN of service of final order of forfeiture executed by US Marshal on 8/28/02 as to defendant Morris Johnson (nh) (Entered: 10/04/2002) |
| 10/03/2002 | 325 | ORDER by Judge Avern Cohn as to defendant Kevin Davis granting defendnt's Kevin Davis oral motion for transcripts at government expense.[EOD Date 10/4/02] (RH) (Entered: 10/04/2002) |
| 10/07/2002 | 326 | JUDGMENT and commitment order returned as to defendant Morris Johnson (lh) (Entered: 10/07/2002) |
| 10/23/2002 | 327 | ORDER by Judge Avern Cohn with stipulation as to defendant Holly Baskins-Spear, extending time to file objections to presentence investigation report , for 11/21/02 [EOD Date: 10/24/02] (dh) (Entered: 10/24/2002) |
| 11/21/2002 | 328 | SENTENCING memorandum as to defendant Holly Baskins-Spear with proof of service (lh) (Entered: 11/22/2002) |
| 11/21/2002 | 328 | MOTION by defendant Holly Baskins-Spear for departure from sentencing guidelines with proof of service (lh) (Entered: 11/22/2002) |
| 12/30/2002 | 329 | MOTION by USA as to Keith Presley, Kevin Davis to extend time to file sentencing memorandum with proof of service (DT) (Entered: 12/31/2002) |
| 12/31/2002 | 330 | AFFIDAVIT of publication as to defendant Kevin Davis of forfeiture (RH) (Entered: 01/06/2003) |
| 01/13/2003 | 331 | WARRANT for arrest returned unexecuted as to defendant Holly Baskins-Spear (lh) (Entered: 01/14/2003) |
| 01/13/2003 | 332 | WARRANT for arrest returned unexecuted as to defendant Charles Eason (lh) (Entered: 01/14/2003) |
| 01/13/2003 | | SENTENCING held as to Holly Baskins-Spear, defendant Holly Baskins-Spear sentenced - Judge Avern Cohn - D/Atty: Eugene Pincham and Alex Luvall - AUSA: Dan Lemisch - Court Reporter: Sheri Ward (jc) (Entered: 01/14/2003) |
| 01/13/2003 | 333 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Holly Baskins-Spear (15) count(s) 1s , disposing of count(s) as to Holly Baskins-Spear (15) count(s) 1 (dh) (Entered: 01/15/2003) |
| 01/21/2003 | 334 | RETURN of service of order of forfeiture [322-1], order [322-2] executed by USMS on 1/15/03 (ew) (Entered: 01/21/2003) |

| 01/28/2003 | 335 | SENTENCING memorandum by plaintiff USA as to defendants Keith Presley, Kevin Davis with attachments 1-19, proof of service (dh) (Entered: 01/28/2003) |
| 02/03/2003 | 336 | ORDER by Judge Avern Cohn with application as to defendant Kevin Davis of partial final order of forfeiture of $705,880.00 (see order for further details) [EOD Date: 2/4/03] (dh) (Entered: 02/04/2003) |
| 02/10/2003 | 337 | TRANSCRIPT as to defendant Holly Baskins-Spear taken on 1/13/03 of Sentencing Hearing (PP) (Entered: 02/11/2003) |
| 02/12/2003 | 338 | AMENDED judgment commitment order by Judge Avern Cohn as to defendant Charles Eason (PP) (Entered: 02/14/2003) |
| 02/19/2003 | 339 | REPLY by defendant Kevin Davis to USA's sentencing memorandum [335-1] as to Kevin Davis with proof of service (DT) (Entered: 02/20/2003) |
| 02/28/2003 | | MOTION by USA as to Sidney Zanders for a rule 35(b) motion to reduce sentence with brief and proof of service (see 00-80523 #83) (LS) (Entered: 03/03/2003) |
| 03/04/2003 | 340 | REPLY by defendant Keith Presley to sentencing memorandum by USA [335-1] (lh) (Entered: 03/05/2003) |
| 03/31/2003 | 341 | NOTICE by USA as to defendant Kevin Davis of additional case authority with proof of service. (PP) (Entered: 04/01/2003) |
| 04/01/2003 | 342 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on 1/28/02 of Jury Trial - Volume II (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 343 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on January 29, 2002 of Jury Trial - Volume III (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 344 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on January 30, 2002 of Jury Trial - Volume IV (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 345 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 4, 2002 of Jury Trial - Volume V (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 346 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 5, 2002 of Jury Trial - Volume VI (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 347 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 6, 2002 of Jury Trial - Volume VII (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 348 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 7, 2002 of Jury Trial - Volume VIII (PP) (Entered: 04/02/2003) |

| 04/01/2003 | 349 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 8, 2002 of Jury Trial - Volume IX (PP) (Entered: 04/02/2003) |
|---|---|---|
| 04/01/2003 | 350 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 12, 2002 of Jury Trial - Volume X (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 351 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 13, 2002 of Jury Trial - Volume XI (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 352 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 14, 2002 of Jury Trial - Volume XII (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 353 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 15, 2002 of Jury Trial - Volume XIII (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 354 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis, Frederick Davis taken on February 19, 2002 of Jury Trial - Volume XIV (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 355 | TRANSCRIPT as to defendants' Keith Presley, Kevin Davis taken on February 20, 2002 of Jury Trial - Volume XV (PP) (Entered: 04/02/2003) |
| 04/01/2003 | 356 | TRANSCRIPT as to defendant Kevin Davis taken on February 21, 2002 of Jury Trial - Volume XVI (PP) (Entered: 04/02/2003) |
| 04/01/2003 | | SENTENCING held as to Kevin Davis, defendant Kevin Davis sentenced - Judge Avern Cohn - D/Atty: Deday LaRene - AUSA: Jenifer Peregord - Court Reporter: Sheri Ward (jc) (Entered: 04/03/2003) |
| 04/01/2003 | 357 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Kevin Davis (12) count(s) 1s, 12s, 15s , to dismiss Kevin Davis (12) count(s) 1, 12, 13, 13s-14s, 14, 15 (time stamped 4/4/03) (RH) (Entered: 04/10/2003) |
| 04/03/2003 | 358 | APPEAL by defendant Kevin Davis of judgment [357-1] to USCA - FEE: PAID - Receipt #: 485351 (lb) (Entered: 04/11/2003) |
| 04/11/2003 | 359 | PROOF of service of notice of appeal as to defendant Kevin Davis [358-1] to USCA, counsel of record, U.S. Probation and Court Reporter Sheri Ward (lb) (Entered: 04/11/2003) |
| 04/11/2003 | 360 | CERTIFIED copy of appeal notice by Kevin Davis [358-1] and docket transmitted to USCA (lb) (Entered: 04/11/2003) |
| 04/23/2003 | 361 | TRANSFER of jurisdiction of probation or supervised release by Judge Avern Cohn as to defendant Tancred Jones to Northern District of Ohio at Cleveland (ew) (Entered: 04/24/2003) |
| 04/23/2003 | | SENTENCING held as to Keith Presley, defendant Sidney Zanders |

| | | |
|---|---|---|
| | | sentenced - Judge Avern Cohn - D/Atty: Ed Wishnow - AUSA: Dan Lemisch - Court Reporter: Sheri Ward (jc) (Entered: 04/24/2003) |
| 04/23/2003 | 362 | AMENDED judgment commitment order by Judge Avern Cohn as to defendant Sidney Zanders (ew) (Entered: 04/28/2003) |
| 04/23/2003 | | (Court only) RESOLUTION of motion for a rule 35(b) motion to reduce sentence by USA [0-1] - disposition: granted - date: 4/23/03 - Judge Avern Cohn (ew) (Entered: 04/28/2003) |
| 04/25/2003 | | SENTENCING held as to Keith Presley, defendant Keith Presley sentenced - Judge Avern Cohn - D/Atty: Richard Bueke - AUSA: Jenifer Peregord - Court Reporter: Sheri Ward (jc) (Entered: 04/28/2003) |
| 04/25/2003 | 364 | JUDGMENT and commitment order entered by Judge Avern Cohn sentencing Keith Presley (1) count(s) 1ss, 2ss, 12ss , disposing of count (s) as to Keith Presley (1) count(s) 1, 1s, 2, 2s, 12s, 12ss (dh) (Entered: 04/30/2003) |
| 04/28/2003 | 363 | TRANSCRIPT as to defendant Kevin Davis taken on 04/01/03 of sentencing hearing (dh) (Entered: 04/29/2003) |
| 04/29/2003 | 365 | ACKNOWLEDGMENT as to defendant Kevin Davis from USCA of receipt of appeal notice of appeal & docket [360-1] - appeal case # 03-1451 (dh) (Entered: 04/30/2003) |
| 05/06/2003 | 366 | MOTION by defendant Keith Presley for leave to appeal in forma pauperis and for appointment of appellate counsel with exhibit "A" and proof of service (lh) (Entered: 05/09/2003) |
| 05/06/2003 | 369 | APPEAL by defendant Keith Presley of order judgment [364-1] to USCA - FEE: NO FEE PAID (lb) (Entered: 05/15/2003) |
| 05/08/2003 | 367 | ORDER by Judge Avern Cohn as to defendant Keith Presley granting motion for leave to appeal in forma pauperis by Keith Presley [366-1] [366-2] [EOD Date 5/9/03] (lh) (Entered: 05/09/2003) |
| 05/08/2003 | 368 | ORDER by Judge Avern Cohn appointing the Federal Defender Office to represent defendant Keith Presley (for appeal) (lh) Modified on 05/09/2003 (Entered: 05/09/2003) |
| 05/14/2003 | 372 | APPEAL by defendant Keith Presley of order judgment sentencing Keith Presley (1) count(s) 1ss, 2ss, 12ss [364-1] to USCA - FEE: not paid (do) (Entered: 05/28/2003) |
| 05/15/2003 | 370 | PROOF of service as to defendant Keith Presley of [369-1] to USCA, counsel of record, U.S.Probation and Sheri Ward, Court Reporter (lb) (Entered: 05/15/2003) |
| 05/15/2003 | 371 | CERTIFIED copy of appeal notice by Keith Presley [369-1] and docket transmitted to USCA (lb) (Entered: 05/15/2003) |
| 05/28/2003 | 373 | PROOF of service of appeal notice [372-1] to USCA, Keith Presley and counsel of record (do) (Entered: 05/28/2003) |
| | | |

| 05/28/2003 | 374 | CERTIFIED copy of appeal notice by Keith Presley [372-1] and docket transmitted to USCA (do) (Entered: 05/28/2003) |
| 05/29/2003 | 375 | COPY of appeal notice of appeal & docket [374-1] mailed to defendant Keith Presley and returned as undeliverable (dh) (Entered: 06/02/2003) |
| 06/02/2003 | 376 | ACKNOWLEDGMENT as to defendant Keith Presley from USCA of receipt of appeal notice of appeal & docket [371-1] - appeal case # 03-1621 (dh) (Entered: 06/03/2003) |
| 06/06/2003 | 377 | CERTIFIED copy of order from USCA dismissing appeal - appeal case # 03-1669 (dh) (Entered: 06/09/2003) |
| 06/06/2003 | 378 | ACKNOWLEDGMENT as to defendant Keith Presley from USCA of receipt of appeal notice of appeal & docket [374-1] - appeal case # 03-1669 (dh) (Entered: 06/09/2003) |
| 06/09/2003 | 379 | COPY of appeal notice of appeal & docket [374-1] mailed to defendant Keith Presley and returned as undeliverable (ew) (Entered: 06/10/2003) |
| 06/13/2003 | 380 | AMENDED judgment commitment order by Judge Avern Cohn as to defendant Keith Presley (PP) (Entered: 06/16/2003) |
| 06/30/2003 | 381 | JUDGMENT and commitment order returned as to defendant Kevin Davis (ew) (Entered: 06/30/2003) |
| 07/07/2003 | 382 | TRANSCRIPT of proceedings filed for purposes taken on 5/8/01 regarding appeal notice by Keith Presley [372-1] (RH) (Entered: 07/09/2003) |
| 07/07/2003 | 383 | TRANSCRIPT of proceedings filed for appeal purposes taken on 1/24/02 regarding appeal notice by Kevin Davis [358-1] (RH) (Entered: 07/09/2003) |
| 07/07/2003 | 384 | TRANSCRIPT of proceedings filed for as to defendant Kevin Davis appeal purposes taken on 5/29/01 regarding appeal notice by Kevin Davis [358-1] (RH) (Entered: 07/09/2003) |
| 07/07/2003 | 385 | TRANSCRIPT of proceedings filed for appeal purposes taken on 4/25/03 regarding appeal notice by Kevin Davis [358-1] (RH) (Entered: 07/09/2003) |
| 02/11/2004 | 386 | TRANSCRIPT of Proceedings held on 07/24/02 of sentencing hearing as to Morris Johnson. (DHame, ) (Entered: 02/23/2004) |
| 02/24/2004 | 387 | MOTION to vacate under 28 U.S.C. 2255 ( Civil Action 04-70683.) by Morris Johnson. (DPer, ) (Entered: 03/01/2004) |
| 03/03/2004 | 388 | ORDER for response to 387 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 04-70683.) filed by Morris Johnson. Signed by Judge Avern Cohn. (NHoll, ) (Entered: 03/04/2004) |
| 03/08/2004 | 389 | STIPULATED ORDER for Entry of Exhibits as to Keith Presley Signed by Judge Avern Cohn. (LHack, ) (Entered: 03/10/2004) |

| 03/11/2004 | 390 | TRANSCRIPT of Proceedings held on 10/12/2000 of Arraignment as to Morris Johnson. (NHoll, ) (Entered: 03/16/2004) |
|---|---|---|
| 03/11/2004 | 391 | TRANSCRIPT of Proceedings held on 10/5/2000 of Arraignment as to Morris Johnson. (NHoll, ) (Entered: 03/16/2004) |
| 04/01/2004 | 392 | RESPONSE by United States of America as to Morris Johnson re 387 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 04-70683). (NHoll, ) (Entered: 04/07/2004) |
| 04/06/2004 | 393 | ORDER denying 387 Motion to Vacate (2255) as to Morris Johnson (4). Signed by Judge Avern Cohn. (CGre, ) (Entered: 04/14/2004) |
| 04/09/2004 | 394 | Letter from Morris Johnson requesting withdraw of motion to vacate sentence. (CMul, ) (Entered: 04/21/2004) |
| 05/05/2004 | 395 | STIPULATION to Expand Record by United States of America, Kevin Davis as to Kevin Davis (LHack, ) (Entered: 05/07/2004) |
| 06/08/2004 | 396 | Return of Service executed on 6/2/2004 as to Donnie Northern. (NHoll, ) (Entered: 06/10/2004) |
| 08/25/2004 | 398 | MOTION to Correct 313 Judgment filed by Morris Johnson . (RHutc, ) (Entered: 08/30/2004) |
| 08/26/2004 | 397 | ORDER denying motion to correct judgment as to Morris Johnson Signed by Honorable Avern Cohn. (RHutc, ) (Entered: 08/27/2004) |
| 05/27/2005 | 399 | MOTION for Return of Property by Kevin Davis. (RHutc, ) (Entered: 05/31/2005) |
| 06/07/2005 | 400 | ORDER Requiring Response to 399 Return of Property as to Kevin Davis. Response due: 6/24/2005. Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 06/07/2005) |
| 06/20/2005 | 401 | MOTION for Early Termination of Supervised Release, exhibit 1 by Julien Burford. (PPaul, ) (Entered: 06/21/2005) |
| 08/02/2005 | 402 | TRANSFER OF JURISDICTION to Northern District of Ohio as to Russell Edwards Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet.` (PPaul, ) (Entered: 08/03/2005) |
| 08/03/2005 | 403 | NOTICE transferring case to Northern District of Ohio as to Russell Edwards. (PPaul, ) (Entered: 08/03/2005) |
| 08/08/2005 | 405 | ACKNOWLEDGEMENT from USDC Northern District of Ohio of 402 Transfer Out/Probationer as to Russell Edwards. (RHutc, ) (Entered: 08/09/2005) |
| 08/09/2005 | 404 | ORDER granting 401 Motion for Early Termination of Supervised Release as to Julien Burford (10). Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 08/09/2005) |
| 09/23/2005 | 406 | APPLICATION re: allegations of Pro Se Application by Morris |

| | | Johnson. (RHutc, ) (Entered: 09/27/2005) |
|---|---|---|
| 09/23/2005 | 407 | ORDER Requiring Response to 406 Application as to Morris Johnson. Response due: 10/21/2005. Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 09/27/2005) |
| 10/28/2005 | 408 | REPORT AND ORDER Terminating Supervised Release as to Andre Abrams. Signed by Honorable Avern Cohn. (RHutc, ) (Entered: 10/31/2005) |
| 10/31/2005 | 409 | Letter from Morris Johnson regarding a book of forms imperative to preparing a motion. (KWil, ) (Entered: 11/02/2005) |
| 11/04/2005 | 414 | Letter from Morris Johnson (RHutc, ) (Entered: 11/22/2005) |
| 11/07/2005 | 410 | MOTION for Extension of Time to File Response/Reply by United States of America as to Morris Johnson. (Lemisch, Daniel) (Entered: 11/07/2005) |
| 11/10/2005 | 413 | ORDER Granting 410 Motion for Extension of Time to File Response/Reply as to Morris Johnson (4). Signed by Honorable Avern Cohn. (DOpa, ) (Entered: 11/22/2005) |
| 11/15/2005 | 411 | RESPONSE by United States of America as to Morris Johnson re 406 Application (Attachments: # 1 Index of Exhibits # 2 Exhibit (1) Appendix A - Rule 11 Plea Agreement# 3 Exhibit (2) Appendix B - Order Denying Motion Under 28 U.S.C. Section 2255)(Lemisch, Daniel) (Entered: 11/15/2005) |
| 11/18/2005 | 412 | ORDER Denying 406 Application filed by Morris Johnson. Signed by Honorable Avern Cohn. (DOpa, ) (Entered: 11/18/2005) |
| 11/28/2005 | 415 | JUDGMENT of USCA as to Keith Presley and Kevin Davis re Notices of Appeal 358 and 369 . (LBeh, ) (Entered: 11/29/2005) |
| 11/30/2005 | 416 | NOTICE TO APPEAR as to Keith Presley, Kevin Davis, Status Conference set for 12/14/2005 11:00 AM before Honorable Avern Cohn. (DOpa, ) (Entered: 11/30/2005) |
| 12/14/2005 | | Minute Entry for proceedings held before Honorable Avern Cohn : Status Conference as to Keith Presley, Kevin Davis held on 12/14/2005. (Defendant Attorney: Richard Amberg, Deday LaRene) (AUSA: Jennifer Peregord) (DOpa, ) (Entered: 12/16/2005) |
| 01/31/2006 | 417 | MOTION for Leave to File Excess Pages by Kevin Davis. (LaRene, N.C.) (Entered: 01/31/2006) |
| 01/31/2006 | 418 | MOTION for New Trial *and to Suppress Evidence* by Kevin Davis. (LaRene, N.C.) (Entered: 01/31/2006) |
| 01/31/2006 | 419 | ORDER granting 417 Motion for Leave to File Excess Pages as to Kevin Davis (12). Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 01/31/2006) |
| 01/31/2006 | 420 | MOTION for Release from Custody by Kevin Davis. (LaRene, N.C.) |

| | | (Entered: 01/31/2006) |
|---|---|---|
| 02/27/2006 | 421 | NOTICE TO APPEAR as to Keith Presley, Kevin Davis, Status Conference set for 3/28/2006 02:30 PM before Honorable Avern Cohn. (JOwe, ) (Entered: 02/27/2006) |
| 02/27/2006 | 422 | MANDATE of USCA (certified copy) as to Keith Presley and Kevin Davis re Notices of Appeal 358 and 369 . (LBeh, ) (Entered: 02/27/2006) |
| 03/01/2006 | 423 | ATTORNEY APPEARANCE: David A. Gardey appearing on behalf of United States of America as to Kevin Davis. (Gardey, David) (Entered: 03/01/2006) |
| 03/24/2006 | 424 | MOTION for Return of Property by Kevin Davis as to Kevin Davis. (RHutc, ) Modified on 3/24/2006 (RHutc, ). Modified on 3/24/2006 (RHutc, ). (Entered: 03/24/2006) |
| 03/24/2006 | 425 | MOTION for Return of Property by Kevin Davis. (RHutc, ) (Entered: 03/24/2006) |
| 03/24/2006 | 426 | NOTICE of Correction re 424 MOTION for Return of Property (RHutc, ) (Entered: 03/24/2006) |
| 03/28/2006 | 427 | NOTICE TO APPEAR as to Kevin Davis, Status Conference set for 5/9/2006 02:00 PM before Honorable Avern Cohn. (JOwe, ) (Entered: 03/28/2006) |
| 03/28/2006 | | Minute Entry for proceedings held before Honorable Avern Cohn : Status Conference as to Keith Presley, Kevin Davis held on 03/28/2006 (JOwe, ) (Entered: 12/01/2006) |
| 05/09/2006 | | Minute Entry for proceedings held before Honorable Avern Cohn : Status Conference as to Kevin Davis held on 5/9/2006. (JOwe, ) (Entered: 05/09/2006) |
| 05/16/2006 | 428 | MOTION for Release from Custody *Pending Resentencing* by Kevin Davis. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 - Declaration of Kevin Davis)(LaRene, N.C.) (Entered: 05/16/2006) |
| 05/30/2006 | 429 | RESPONSE by United States of America as to Kevin Davis re 428 MOTION for Release from Custody *Pending Resentencing* (Gardey, David) (Entered: 05/30/2006) |
| 05/31/2006 | | Minute Entry for proceedings held before Honorable Avern Cohn : Motion Hearing as to Kevin Davis held on 5/31/2006 re 428 MOTION for Release from Custody *Pending Resentencing* filed by Kevin Davis,. Disposition: DENIED(Court Reporter: Sheri Ward) (Defendant Attorney: Deday LaRene) (AUSA: David Gardey) (JOwe, ) (Entered: 05/31/2006) |
| 05/31/2006 | | Minute Entry for proceedings held before Honorable Avern Cohn : Status Conference as to Kevin Davis held on 5/31/2006. (Court Reporter: Sheri Ward) (Defendant Attorney: Deday LaRene) (AUSA: David Gardey) (JOwe, ) (Entered: 05/31/2006) |

| 05/31/2006 | 430 | ORDER denying 428 Motion for Release from Custody as to Kevin Davis (12). Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 05/31/2006) |
|---|---|---|
| 05/31/2006 | 431 | CONSENT to Forfeiture as to Kevin Davis. (JJoh, ) (Entered: 06/01/2006) |
| 05/31/2006 | 468 | SENTENCING Agreement as to Kevin Davis (JOwe) (Entered: 10/15/2007) |
| 07/31/2006 | 432 | NOTICE TO APPEAR as to Keith Presley, **Status Conference re: Re-Sentencing set for 9/13/2006 02:30 PM before Honorable Avern Cohn.** (JOwe, ) (Entered: 07/31/2006) |
| 09/13/2006 | | Minute Entry for proceedings held before Honorable Avern Cohn : Status Conference as to Keith Presley held on 9/13/2006 (JOwe, ) (Entered: 12/01/2006) |
| 09/15/2006 | | Set/Reset Deadlines/Hearings as to Kevin Davis: **Re-sentencing set for 10/19/2006 02:00 PM before Honorable Avern Cohn.** (JOwe, ) (Entered: 09/15/2006) |
| 09/27/2006 | 433 | ATTORNEY APPEARANCE: James W. Amberg appearing for Keith Presley. (Amberg, James) (Entered: 09/27/2006) |
| 09/27/2006 | 434 | MEMORANDUM *Regarding Government's Booker Re-Sentencing Memorandum* by United States of America as to Keith Presley. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 Sentencing Transcript 4/25/03# 3 Exhibit 2 Kappel, Austin and Saupp Testimony and Gov't Exhs. 18C & 18D# 4 Exhibit 3 McCormack Testimony and Gov't Exhs. 24A, 24B and 25A# 5 Exhibit 4 Dosh Testimony and Gov't Exhs. 26(a)-(f)# 6 Exhibit 5 Zanders and Saupp Testimony# 7 Exhibit 6 Austin and Zanders Testimony# 8 Exhibit 7 Lorenzo and Conely Testimony and Gov't Exhs. 19A-E and 19H# 9 Exhibit 8 Hernandez, Cerven, Conley, Scanlon, Austin, Glenn and Zanders Testimony# 10 Exhibit 9 Zanders, Conely and Patrick Testimony)(Sinclair, Jennifer) (Entered: 09/27/2006) |
| 09/28/2006 | 435 | STIPULATED ORDER of Substitution of Counsel as to Keith Presley Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 09/28/2006) |
| 09/28/2006 | 436 | CJA 20 as to Keith Presley: Appointment of Attorney Richard J. Amberg, Jr for Keith Presley. (LHack, ) (Entered: 09/29/2006) |
| 09/28/2006 | 437 | CJA 20 as to Keith Presley: Appointment of Attorney James W. Amberg for Keith Presley. Signed by Court Clerk for the Honorable Avern Cohn. (DHame, ) Modified on 9/29/2006 (DHame, ). (Entered: 09/29/2006) |
| 10/03/2006 | | Set/Reset Deadlines/Hearings as to Kevin Davis: **Re-Sentencing reset for 10/25/2006 11:00 AM before Honorable Avern Cohn.** (JOwe, ) (Entered: 10/03/2006) |
| 10/05/2006 | 438 | SENTENCING MEMORANDUM by Keith Presley (Attachments: # 1 Index of Exhibits Index of Exhibits# 2 Exhibit Exhibit A, Inmate Education Data Transcript# 3 Exhibit Exhibit B, Job Offers# 4 Exhibit |

| | | |
|---|---|---|
| | | Exhibit C, Letter from Keith Presley# 5 Exhibit Exhibit D, Trial Transcript VI p. 188-189# 6 Exhibit Exhibit E, Trial V p. 41-44# 7 Exhibit Exhibit F, Trial Transcript VI p. 21-24# 8 Exhibit Exhibit G, Motion for Evidentiary Hearing, and to Suppress Evidence, Affidavit, p. 12-13)(Amberg, James) (Entered: 10/05/2006) |
| 10/19/2006 | 439 | SENTENCING MEMORANDUM by Kevin Davis (Attachments: # 1 Index of Exhibits # 2 Exhibit 1 - Letter from Kevin Davis# 3 Exhibit 2 - Letters and cards to Kevin Davis from his daughters)(LaRene, N.C.) (Entered: 10/19/2006) |
| 10/23/2006 | 440 | RESPONSE by United States of America as to Kevin Davis re 428 MOTION for Release from Custody *Pending Resentencing* (Gardey, David) (Entered: 10/23/2006) |
| 10/24/2006 | 441 | RESPONSE to *Sentencing Memorandum* by United States of America as to Kevin Davis (Gardey, David) (Entered: 10/24/2006) |
| 10/25/2006 | | Minute Entry for proceedings held before Honorable Avern Cohn : Re-Sentencing held as to Kevin Davis. (Court Reporter: Sheri Ward) (Defendant Attorney: Deday Larene) (AUSA: David Gardey) (JOwe, ) (Entered: 10/25/2006) |
| 10/25/2006 | | ORAL MOTION to Vacate Counts 1s and 15sby United States of America as to Kevin Davis. (JOwe, ) (Entered: 10/26/2006) |
| 10/25/2006 | | ORAL ORDER granting Motion to Vacate Counts 1s and 15s as to Kevin Davis (12). Signed by Honorable Avern Cohn. (JOwe, ) Modified on 10/27/2006 (JOwe, ). (Entered: 10/26/2006) |
| 10/31/2006 | 442 | AMENDED JUDGMENT as to Kevin Davis - Signed by Honorable Avern Cohn. (JJoh, ) (Entered: 11/02/2006) |
| 11/06/2006 | | Set/Reset Deadlines/Hearings as to Keith Presley: **Re-Sentencing set for 11/30/2006 03:00 PM before Honorable Avern Cohn.** (JOwe, ) (Entered: 11/06/2006) |
| 11/14/2006 | 443 | WAIVER of *Physical Appearance at Sentencing* by Keith Presley (Attachments: # 1 Exhibit Affidavit in Support of Waiver of Physical Appearance at Sentencing)(Amberg, James) (Entered: 11/14/2006) |
| 11/20/2006 | 444 | APPLICATION *For Entry of Final Order of Forfeiture* by United States of America as to Kevin Davis. (Christensen, Ellen) (Entered: 11/20/2006) |
| 11/21/2006 | 445 | FINAL ORDER OF FORFEITURE as to Keith Presley. Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 11/21/2006) |
| 11/28/2006 | 446 | NOTICE of Correction re 445 Order of Forfeiture as to Keith Presley. (JOwe, ) (Entered: 11/28/2006) |
| 11/28/2006 | 447 | FINAL ORDER of Forfeiture as to Kevin Davis re 444 Application filed by United States of America, Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 11/28/2006) |

| 11/30/2006 | | Minute Entry for proceedings held before Honorable Avern Cohn : Re-Sentencing NOT held as to Keith Presley. Disposition: Government to file supplemental sentencing memorandum(Court Reporter: Sheri Ward) (Defendant Attorney: James Amberg) (AUSA: Jennifer Sinclair) (JOwe, ) (Entered: 11/30/2006) |
| --- | --- | --- |
| 12/01/2006 | | Set/Reset Deadlines/Hearings as to Keith Presley: **Continuation of Re-Sentencing set for 12/8/2006 11:00 AM before Honorable Avern Cohn.** (JOwe, ) (Entered: 12/01/2006) |
| 12/06/2006 | | Set/Reset Deadlines/Hearings as to Keith Presley: **Re-Sentencing reset for 12/19/2006 10:00 AM before Honorable Avern Cohn.** (JOwe, ) (Entered: 12/06/2006) |
| 12/07/2006 | 448 | Return of Service of 447 Order executed on 12/04/06 as to Kevin Davis. (DHame, ) (Entered: 12/07/2006) |
| 12/07/2006 | 449 | MEMORANDUM re 434 Memorandum,,, *Government's Supplemental Booker Re-Sentencing Memorandum* by United States of America as to Keith Presley. (Sinclair, Jennifer) (Entered: 12/07/2006) |
| 12/18/2006 | 450 | NOTICE *Notice of Filing Exhibit* by United States of America as to Keith Presley (Attachments: # 1 Exhibit Cook County Case Sheet) (Sinclair, Jennifer) (Entered: 12/18/2006) |
| 12/19/2006 | 451 | SENTENCING MEMORANDUM on Remand (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(JOwe, ) (Entered: 12/19/2006) |
| 12/19/2006 | | Minute Entry for proceedings held before Honorable Avern Cohn : Sentencing held as to Keith Presley.(Court Reporter: Sheri Ward) (Defendant Attorney: James Amberg) (AUSA: Jennifer Sinclair) (JOwe) (Entered: 02/20/2007) |
| 12/28/2006 | 452 | TRANSCRIPT of Proceedings held on 11/30/06 of re-sentencing hearing as to Keith Presley. (DHame, ) (Entered: 12/28/2006) |
| 01/05/2007 | 453 | Return of Service of 447 Order executed on 12/12/06 as to Kevin Davis. (DTyle, ) Modified on 3/26/2007 (Tyler, D.). (Entered: 01/08/2007) |
| 01/09/2007 | 454 | AMENDED JUDGMENT as to Keith Presley. Signed by Honorable Avern Cohn. (NHoll, ) (Entered: 01/09/2007) |
| 01/24/2007 | 455 | MOTION for Order *to Show Cause* by Kevin Davis. (LaRene, N.C.) (Entered: 01/24/2007) |
| 01/24/2007 | 456 | ORDER granting 455 Motion for Order to Show Cause as to Kevin Davis (12). Signed by Honorable Avern Cohn. (JOwe, ) (Entered: 01/24/2007) |
| 01/24/2007 | | Set/Reset Deadlines/Hearings as to Kevin Davis: **Show Cause Hearing set for 1/31/2007 02:00 PM before Honorable Avern Cohn** (JOwe, ) (Entered: 01/24/2007) |
| 01/31/2007 | | Minute Entry for proceedings held before Honorable Avern Cohn : Show |

| | | Cause Hearing as to Kevin Davis held on 1/31/2007 (Court Reporter: Carol Sapala) (Defendant Attorney: Deday LaRene) (AUSA: David Gardey) (JOwe, ) (Entered: 01/31/2007) |
|---|---|---|
| 02/02/2007 | 457 | TRANSCRIPT of show cause hearing held on 01/31/07 as to Kevin Davis. (DPer, ) (Entered: 02/05/2007) |
| 02/05/2007 | 460 | TRANSCRIPT of Proceedings held on 12/19/06 of re-sentencing hearing volume 2 as to Keith Presley. (DHame, ) (Entered: 02/07/2007) |
| 02/06/2007 | 458 | NOTICE OF APPEAL re 454 Amended Judgment. Fee Status: No Fee Paid. (Sinclair, Jennifer) (Entered: 02/06/2007) |
| 02/06/2007 | 459 | Certificate of Service re 458 Notice of Appeal as to *Keith Presley*. (PPaul, ) (Entered: 02/06/2007) |
| 02/08/2007 | 461 | SUPPLEMENTAL BRIEF re 455 MOTION for Order *to Show Cause* by Kevin Davis *Withdrawing Request for Further Relief* (LaRene, N.C.) (Entered: 02/08/2007) |
| 02/08/2007 | 462 | Judgment Returned Executed as to Keith Presley on AMENDED JUDGMENT AND COMMITMENT DELIVERED ON 01/29/07. (DHame, ) (Entered: 02/09/2007) |
| 02/16/2007 | 463 | NOTICE of Correction re 456 Order on Motion for Order as to Kevin Davis. (JOwe, ) (Entered: 02/16/2007) |
| 02/16/2007 | 464 | Mail Returned as Undeliverable as to Keith Presley Mail sent to John Ricotta re 459 Certificate of Service of Notice of Appeal (DHam) (Entered: 02/20/2007) |
| 02/26/2007 | 465 | TRANSCRIPT Order Form by United States of America as to Keith Presley re 458 Notice of Appeal. (Sinclair, Jennifer) (Entered: 02/26/2007) |
| 07/05/2007 | 466 | Letter from Federal Bureau of Prisons (AGre) (Entered: 07/06/2007) |
| 07/10/2007 | 467 | MEMORANDUM *in Response to BOP Letter* by Keith Presley. (Attachments: # 1 Index of Exhibits # 2 Exhibit Exhibit A, Letter from Bureau of Prisons# 3 Exhibit Exhibit B, Defendants Memorandum in Support of Resentencing# 4 Exhibit Exhibit C, Re-Sentencing Hearing Volume 2 Transcript) (Amberg, James) (Entered: 07/10/2007) |
| 08/06/2008 | 469 | TRANSFER OF JURISDICTION to Northern District of Illinois, Eastern Division at Chicago as to Keith Presley. (NHol) (Entered: 08/07/2008) |
| 08/06/2008 | 470 | NOTICE transferring case to *DISTRICT OF ILLINOIS* as to Keith Presley. (NHol) (Entered: 08/07/2008) |